**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20330-CR-ALTONAGA**

UNITED STATES OF AMERICA

vs.

**MALEK BROURI,**

                    **Defendant.**
_____/

GOVERNMENT
EXHIBIT

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   1

AO386-C

## **PLEA AGREEMENT**

The United States Attorney's Office for the Southern District of Florida ("this Office") and Malek Brouri (hereinafter referred to as the "defendant") enter into the following agreement:

1.      The defendant agrees to plead guilty to Count 1 of the Indictment, which charges the defendant with conspiracy to possess with intent to distribute cocaine and crack cocaine, in violation of Title 21, United States Code, Section 846.

2.      The United States agrees to dismiss Count 2 of the Indictment at the time of sentencing.

3.      The defendant is aware that the sentence will be imposed by the Court after considering the advisory Federal Sentencing Guidelines and Policy Statements (hereinafter "Sentencing Guidelines"). The defendant acknowledges and understands that the Court will compute an advisory sentence under the Sentencing Guidelines and that the applicable guidelines will be determined by the Court relying in part on the results of a pre-sentence investigation by the Court's probation office, which investigation will commence after the guilty plea has been entered. The defendant is also aware that, under certain circumstances, the Court may depart from the advisory sentencing guideline range that it has computed, and may raise or lower that advisory

sentence under the Sentencing Guidelines. The defendant is further aware and understands that the Court is required to consider the advisory guideline range determined under the Sentencing Guidelines, but is not bound to impose a sentence within that advisory range; the Court is permitted to tailor the ultimate sentence in light of other statutory concerns, and such sentence may be either more severe or less severe than the Sentencing Guidelines' advisory range. Knowing these facts, the defendant understands and acknowledges that the Court has the authority to impose any sentence within and up to the statutory maximum authorized by law for the offenses identified in paragraph 1 and that the defendant may not withdraw the plea solely as a result of the sentence imposed.

4.      The defendant also understands and acknowledges that for Count 1, the Court may impose a maximum sentence of twenty (20) years' imprisonment, followed by a term of supervised release of at least three (3) years and up to a lifetime of supervised release. In addition to a term of imprisonment and supervised release, the Court may impose a fine of up to $1,000,000 and may order forfeiture and restitution.

5.      The defendant further understands and acknowledges that, in addition to any sentence imposed under paragraph 3 of this agreement, a special assessment in the amount of $100 will be imposed on the defendant. The defendant agrees that any special assessment imposed shall be paid at the time of sentencing. If the defendant is financially unable to pay the special assessment, the defendant agrees to present evidence to this Office and the Court at the time of sentencing as to the reasons for the defendant's failure to pay.

6.      This Office reserves the right to inform the Court and the probation office of all facts pertinent to the sentencing process, including all relevant information concerning the offenses committed, whether charged or not, as well as concerning the defendant and the defendant's

2

background. Subject only to the express terms of any agreed-upon sentencing recommendations contained in this agreement, this Office further reserves the right to make any recommendation as to the quality and quantity of punishment.

7. This Office agrees that it will recommend at sentencing that the Court reduce by two levels the sentencing guideline level applicable to the defendant's offense, pursuant to Section 3E1.1(a) of the Sentencing Guidelines, based upon the defendant's recognition and affirmative and timely acceptance of personal responsibility. If at the time of sentencing the defendant's offense level is determined to be 16 or greater, this Office will file a motion requesting an additional one level decrease pursuant to Section 3E1.1(b) of the Sentencing Guidelines, stating that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently. This Office, however, will not be required to make these recommendations if the defendant: (1) fails or refuses to make a full, accurate and complete disclosure to the probation office of the circumstances surrounding the relevant offense conduct; (2) is found to have misrepresented facts to the government prior to entering into this plea agreement; or (3) commits any misconduct after entering into this plea agreement, including but not limited to committing a state or federal offense, violating any term of release, or making false statements or misrepresentations to any governmental entity or official.

8. The United States and the defendant agree that at the time of sentencing, although not binding on the probation office or the Court, they will jointly recommend that, pursuant to Section 5C1.2 of the Sentencing Guidelines, the Court impose a sentence in accordance with the applicable guidelines without regard to any statutory minimum sentence identified in paragraph

3

four above, provided that:

a.   The defendant does not have:

1.   More than four Criminal History points, excluding any Criminal History points resulting from a one-point offense, as calculated under the Sentencing Guidelines;

2.   A prior offense earning three points as calculated under the Sentencing Guidelines; or

3.   A prior violent offense, as defined in Title 18, United States Code, Section 16, earning two points as calculated under the Sentencing Guidelines;

b.   The defendant did not use violence or credible threats of violence or possess a firearm or other dangerous weapon, or induce another participant to do so, in connection with the offense;

c.   The offense did not result in death or serious bodily injury to any person;

d.   The defendant was not an organizer, leader, manager, or supervisor of others in the offense, as determined under the Sentencing Guidelines and was not engaged in a continuing criminal enterprise; and

e.   Not later than the time of the initial sentencing hearing, the defendant has truthfully provided to the Government all information and evidence that the defendant has concerning the offense of offenses that were part of the same course of conduct or of a common scheme or plan.

9.   The criteria for the defendant to qualify for a two-level reduction outlined in paragraph eight is the criteria set forth in Title 18, United States Code, Section 3553(f), as amended

by the First Step Act of 2018. Section 5C1.2 of the sentencing Guidelines has not been amended by the Sentencing Commission to incorporate the current provisions of Section 3553(f), as amended. Consequently, the defendant may meet the current statutory criteria under Section 3553(f), but not meet the current criteria of Section 5C1.2. If the defendant satisfies the criteria in paragraph eight but does not meet the current criteria under Section 5C1.2 and is therefore ineligible for a two-level reduction under Section 2D1.1(18) of the Sentencing Guidelines, this Office will not object to a downward variance of two levels from the guideline range calculated under the current Guidelines Manual to reflect the two-level reduction currently contemplated in Section 2D1.1(b)(18). In exchange, if a two-level variance is granted the defendant expressly agrees that he will not later seek a further reduced sentence pursuant to Title 18, United States Code, Section 3582(c) in the event the Sentencing Commission amends Section 5C1.2 to conform to the safety-valve criteria in the current version of Title 18, United States Code, Section 3553(f) under the First Step Act of 2018 and makes any such amendment retroactive. However, if the Court does not grant the two-level variance requested on the basis of the proposed amendment, then the defendant shall be released from the above-described agreement relating to Title 18, United States Code, Section 3582(c). This Office remains free to oppose a variance sought on any other grounds. The defendant understands and agrees that this provision is not binding on the Court or the Probation Office, and that the Court remains free to deny any variance requested by either party or jointly.

10. The defendant is aware that the sentence has not yet been determined by the Court. The defendant also is aware that any estimate of the probable sentencing range or sentence that the defendant may receive, whether that estimate comes from the defendant's attorney, this Office, or the probation office, is a prediction, not a promise, and is not binding on this Office, the probation

office or the Court. The defendant understands further that any recommendation that this Office makes to the Court as to sentencing, whether pursuant to this agreement or otherwise, is not binding on the Court and the Court may disregard the recommendation in its entirety. The defendant understands and acknowledges, as previously acknowledged in paragraph 2 above, that the defendant may not withdraw his plea based upon the Court's decision not to accept a sentencing recommendation made by the defendant, this Office, or a recommendation made jointly by the defendant and this Office.

11.     The defendant agrees that he shall cooperate fully with this Office by: (a) providing truthful and complete information and testimony, and producing documents, records and other evidence, when called upon by this Office, whether in interviews, before a grand jury, or at any trial or other Court proceeding; (b) appearing at such grand jury proceedings, hearings, trials, and other judicial proceedings, and at meetings, as may be required by this Office; and (c) if requested by this Office, working in an undercover role under the supervision of, and in compliance with, law enforcement officers and agents. In addition, the defendant agrees that he will not protect any person or entity through false information or omission, that he will not falsely implicate any person or entity, and that he will not commit any further crimes.

12.     This Office reserves the right to evaluate the nature and extent of the defendant's cooperation and to make that cooperation, or lack thereof, known to the Court at the time of sentencing. If in the sole and unreviewable judgment of this Office the defendant's cooperation is of such quality and significance to the investigation or prosecution of other criminal matters as to warrant the Court's downward departure from the advisory sentencing range calculated under the Sentencing Guidelines and/or any applicable minimum mandatory sentence, this Office may make a motion prior to sentencing pursuant to Section 5K1.1 of the Sentencing Guidelines and/or Title

18, United States Code, Section 3553(e), or subsequent to sentencing pursuant to Rule 35 of the Federal Rules of Criminal Procedure, informing the Court that the defendant has provided substantial assistance and recommending that the defendant's sentence be reduced. The defendant understands and agrees, however, that nothing in this agreement requires this Office to file any such motions, and that this Office's assessment of the quality and significance of the defendant's cooperation shall be binding as it relates to the appropriateness of this Office's filing or non-filing of a motion to reduce sentence.

13.  The defendant understands and acknowledges that the Court is under no obligation to grant a motion for reduction of sentence filed by this Office. In addition, the defendant further understands and acknowledges that the Court is under no obligation of any type to reduce the defendant's sentence because of the defendant's cooperation.

14.  The defendant agrees, in an individual and any other capacity, to forfeit to the United States, voluntarily and immediately, any right, title, and interest to (i) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of a violation of 21 U.S.C. §§ 841 and/or 846, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to 21 U.S.C. § 853; and (ii) any firearm or ammunition involved in or used in the commission of the offense, in violation of 18 U.S.C. § 922(g), or any violation of any other criminal law of the United States, pursuant to 18 U.S.C. § 924(d)(1). In addition, the defendant agrees to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

15.  The defendant further agrees that forfeiture is independent of any assessment, fine, cost, restitution, or penalty that may be imposed by the Court. The defendant knowingly and voluntarily agrees to waive all constitutional, legal, and equitable defenses to the forfeiture,

7

including excessive fines under the Eighth Amendment to the United States Constitution. In addition, the defendant agrees to waive: any applicable time limits for administrative or judicial forfeiture proceedings, the requirements of Fed. R. Crim. P. 32.2 and 43(a), and any appeal of the forfeiture.

16.     The defendant also agrees to fully and truthfully disclose the existence, nature and location of all assets in which the defendant has or had any direct or indirect financial interest or control, and any assets involved in the offense[s] of conviction.  The defendant agrees to take all steps requested by the United States for the recovery and forfeiture of all assets identified by the United States as subject to forfeiture.  This includes, but is not limited to, the timely delivery upon request of all necessary and appropriate documentation to deliver good and marketable title, consenting to all orders of forfeiture, and not contesting or impeding in any way with any criminal, civil or administrative forfeiture proceeding concerning the forfeiture.

17.     The defendant is aware that Title 28, United States Code, Section 1291 and Title 18, United States Code, Section 3742 afford the defendant the right to appeal the sentence imposed in this case. Acknowledging this, in exchange for the undertakings made by the United States in this plea agreement, the defendant hereby waives all rights conferred by Sections 1291 and 3742 to appeal any sentence imposed, including any restitution order, or to appeal the manner in which the sentence was imposed, unless the sentence exceeds the maximum permitted by statute or is the result of an upward departure and/or an upward variance from the advisory guideline range that the Court establishes at sentencing. The defendant further understands that nothing in this agreement shall affect the government's right and/or duty to appeal as set forth in Title 18, United States Code, Section 3742(b) and Title 28, United States Code, Section 1291. However, if the United States appeals the defendant's sentence pursuant to Sections 3742(b) and 1291, the

defendant shall be released from the above waiver of his right to appeal his sentence. The defendant further hereby waives all rights conferred by Title 28, United States Code, Section 1291 to assert any claim that (1) the statutes to which the defendant is pleading guilty are unconstitutional; and/or (2) the admitted conduct does not fall within the scope of the statutes of conviction. By signing this agreement, the defendant acknowledges that the defendant has discussed the appeal waiver set forth in this agreement with the defendant's attorney. The defendant further agrees, together with this Office, to request that the Court enter a specific finding that the defendant's waiver of his right to appeal the sentence imposed in this case and his right to appeal his conviction in the manner described above was knowing and voluntary.

18. The defendant recognizes that pleading guilty may have consequences with respect to the defendant's immigration status if the defendant is not a citizen of the United States. Under federal law, a broad range of crimes are removable offenses, including the offense to which the defendant is pleading guilty. Indeed, because the defendant is pleading guilty to narcotics trafficking, removal is presumptively mandatory. The defendant knowingly and voluntarily consents to removal from the United States following completion of his sentence, waives any rights relating to any and all forms of relief from removal or exclusion, agrees to abandon any pending applications for such relief, and agrees to cooperate with the Department of Homeland Security during removal proceedings.

[Space intentionally left blank]

9

19.    This is the entire agreement and understanding between this Office and the defendant. There are no other agreements, promises, representations, or understandings and this agreement supersedes any prior agreements, including any *Kastigar* letter agreements entered.


JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 11\4\22          By: _____

ELLEN D'ANGELO
ASSISTANT UNITED STATES ATTORNEY


Date: 11/4/22          By: _____

DANISE PONTON
DEFENSE COUNSEL


Date: 11/4/2022        By: _____

MALEK BROURI
DEFENDANT


10



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850



AO38S-C
GOVERNMENT
EXHIBIT

CASE NO. 23-20431-CR-RKA

EXHIBIT NO. 9

RODNEY R UPSHAW
PO BOX 472666
MIAMI, FL  33247-2666

**Customer service information**

📱 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv SafeBalance Banking

for January 22, 2020 to January 24, 2020          Account number: 8981 1263 2387

**RODNEY R UPSHAW**

## Account summary

| | |
|---|---:|
| Beginning balance on January 22, 2020 | $0.00 |
| Deposits and other additions | 100.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on January 24, 2020** | **$100.00** |



# Happy New Year!

All the best to you and yours in 2020 and beyond.

Thank you for being a Bank of America® customer.

SSM-09-19-0762.C  I  AR5BNLWL

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   January 22, 2020 to January 24, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   January 22, 2020 to January 24, 2020

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|-------:|
| 01/22/20 | Counter Credit | 100.00 |
| **Total deposits and other additions** | | **$100.00** |



## Help prevent fraud

Just a friendly reminder to make sure your contact information is up to date. It helps us reach you quickly if we detect suspicious activity. Simply sign in to Online Banking and go to Profile & Settings or use the Mobile Banking app.[1]

**Is your contact info up to date?** Check now at **bankofamerica.com**.

[1]Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
Bank of America, N.A. Member FDIC.

SSM-07-19-0200.B  |  ARMRCXRQ

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

RODNEY R UPSHAW
PO BOX 472666
MIAMI, FL  33247-2666

**Customer service information**

📱 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv SafeBalance Banking

for January 25, 2020 to February 21, 2020          Account number: 8981 1263 2387

**RODNEY R UPSHAW**

## Account summary

| | |
|---|---:|
| Beginning balance on January 25, 2020 | $100.00 |
| Deposits and other additions | 360.00 |
| ATM and debit card subtractions | -90.94 |
| Other subtractions | -0.00 |
| Service fees | -4.95 |
| **Ending balance on February 21, 2020** | **$364.11** |

THE POWER TO

experience the arts like never before

Get one free general admission with Museums on Us®. Simply show your Bank of America® card
and a photo ID at more than 225 cultural institutions on the first full weekend of every month.

Visit **bankofamerica.com/ArtsOnUs** to find a participating location near you.

SSM-10-19-0670.C | 2841280

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   January 25, 2020 to February 21, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   January 25, 2020 to February 21, 2020

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 02/19/20 | BKOFAMERICA ATM 02/19 #000001292 DEPOSIT PALMETTO LAKES    HIALEAH    FL | 360.00 |
| **Total deposits and other additions** | | **$360.00** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 02/11/20 | NST THE HOME D  02/11 #000910301 PURCHASE 950 SE 12TH ST    HIALEAH    FL | -15.80 |
| 02/14/20 | LIQUOR EMPORIU  02/14 #000038290 PURCHASE 6211 NW 7 AVE    MIAMI    FL | -39.50 |
| 02/14/20 | VICTORIA'S SEC  02/14 #000683800 PURCHASE 401 BISCAYNE BLVD  MIAMI    FL | -3.64 |
| 02/18/20 | CHECKCARD  0214 PP EAST PARK - LO MIAMI    FL 55432860046200784400112 | -7.00 |
| 02/21/20 | PMNT SENT  0221 CASH APP*NIESHA 4153753176   CA 55429500052854171913968 | -25.00 |
| **Total ATM and debit card subtractions** | | **-$90.94** |

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/21/20 | Monthly Maintenance Fee | -4.95 |
| **Total service fees** | | **-$4.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



 Help prevent fraud

Just a friendly reminder to make sure your contact information is up to date. It helps us reach you quickly if we detect suspicious activity. Simply sign in to Online Banking and go to Profile & Settings or use the Mobile Banking app.[1]

**Is your contact info up to date?** Check now at **bankofamerica.com**.

[1]Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
Bank of America, N.A. Member FDIC.

SSM-07-19-0200.B  |  ARMRCXRQ

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   January 25, 2020 to February 21, 2020

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

RODNEY R UPSHAW
PO BOX 472666
MIAMI, FL  33247-2666

📱 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Adv SafeBalance Banking

for February 22, 2020 to March 24, 2020

Account number: 8981 1263 2387

**RODNEY R UPSHAW**

## Account summary

| | |
|---|---|
| Beginning balance on February 22, 2020 | $364.11 |
| Deposits and other additions | 790.00 |
| ATM and debit card subtractions | -1,129.72 |
| Other subtractions | -0.00 |
| Service fees | -7.45 |
| **Ending balance on March 24, 2020** | **$16.94** |

## What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-09-19-0761.A1 | ARG5T4RM

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   February 22, 2020 to March 24, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** ⌂ **Equal Housing Lender**



RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   February 22, 2020 to March 24, 2020

# Deposits and other additions

| Date | Description | | | Amount |
|------|-------------|--|--|-------:|
| 02/24/20 | BKOFAMERICA ATM 02/22 #000003675 DEPOSIT BROWNSVILLE | MIAMI | FL | 300.00 |
| 03/02/20 | BKOFAMERICA ATM 02/28 #000008474 DEPOSIT BROWNSVILLE | MIAMI | FL | 140.00 |
| 03/16/20 | BKOFAMERICA ATM 03/14 #000003498 DEPOSIT OLD KINGS ROAD | PALM COAST | FL | 350.00 |
| **Total deposits and other additions** | | | | **$790.00** |

# Withdrawals and other subtractions

## ATM and debit card subtractions

| Date | Description | | | Amount |
|------|-------------|--|--|-------:|
| 02/24/20 | 00000000016146  02/21 #000837262 WITHDRWL LA MIA LAUNDRY | Miami | FL | -22.79 |
| 02/24/20 | PMNT SENT  0222 CASH APP*SHANELL 4153753176  CA 55429500053740233963639 | | | -35.00 |
| 02/24/20 | DTLR #119       02/22 #000098835 PURCHASE 3432 NW 79TH ST | MIAMI | FL | -232.17 |
| 02/24/20 | CHECKCARD  0223 Crocs Aventura     FL 15270210054001333204831 | | | -190.36 |
| 02/24/20 | TARGET T- 3401  02/24 #000645502 PURCHASE TARGET T- 3401 N | Miami | FL | -88.36 |
| 02/27/20 | PMNT SENT  0226 CASH APP*TIERRA 4153753176  CA 55429500058854270354845 | | | -90.00 |
| 03/02/20 | PMNT SENT  0228 CASH APP*SHANCOVI 4153753176  CA 55429500059854215475910 | | | -60.00 |
| 03/02/20 | CVS/PHARM 0512  02/29 #000707908 PURCHASE CVS/PHARM 05125-- | North Miami | FL | -36.05 |
| 03/03/20 | BKOFAMERICA ATM 03/03 #000002551 WITHDRWL BROWNSVILLE | MIAMI | FL | -40.00 |
| 03/16/20 | WAL Wal-Mart S  03/15 #000218369 PURCHASE 2630 WAL-SAMS | JESUP | GA | -185.83 |
| 03/17/20 | CHECKCARD  0315 BEST WESTERN PLUS ST AUGUSTINE FL 55506290076722671513073 | | | -149.16 |
| **Total ATM and debit card subtractions** | | | | **-$1,129.72** |

## Are you on track for your retirement goals?

Find out with our personal retirement calculator at **merrilledge.com/LearnMore**.

### MERRILL
A BANK OF AMERICA COMPANY

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products:   | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-12-19-0082.B | 2847602

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   February 22, 2020 to March 24, 2020

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/24/20 | 00000000016146  02/21 #000837262 WITHDRWL LA MIA LAUNDRY Miami       FL  FEE | -2.50 |
| 03/24/20 | Monthly Maintenance Fee | -4.95 |
| **Total service fees** | | **-$7.45** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**On May 21, 2020, we are increasing the amount of funds that will be available when a check deposit is put on hold.**

Here are the updates to your Deposit Agreement and Disclosures.  You can see these updates at bankofamerica.com/depositagreement after the May effective date.

When a hold is placed on your check deposit:

- The first $225 (previously $200) of your check deposit will be available the next business day (see "Longer Delays May Apply").

- For certain check deposits into new accounts, the first $5,525 (previously $5,000) of a day's total deposits will be available the next business day (see "Special Rules for New Accounts").

- Cash withdrawal limitations will no longer apply (previously $400) (see "Cash-Withdrawal Limitation," to be deleted in May).

In addition, we may place a longer hold when you deposit checks totaling more than $5,525 (previously $5,000) on any one day (see "Longer Delays May Apply").

For additional information regarding the availability of funds after a check deposit, please review the "When Funds are Available for Withdrawal and Deposit Holds" section of our Deposit Agreement at www.bankofamerica.com/depositagreement.

---

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   February 22, 2020 to March 24, 2020

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

RODNEY R UPSHAW
PO BOX 472666
MIAMI, FL  33247-2666

**Customer service information**

📱 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv SafeBalance Banking

for March 25, 2020 to April 23, 2020

Account number: 8981 1263 2387

**RODNEY R UPSHAW**

## Account summary

| | |
|---|---|
| Beginning balance on March 25, 2020 | $16.94 |
| Deposits and other additions | 380.00 |
| ATM and debit card subtractions | -370.94 |
| Other subtractions | -0.00 |
| Service fees | -4.95 |
| **Ending balance on April 23, 2020** | **$21.05** |



**Celebrate Earth Day's 50th anniversary**

## Help make a difference by going paperless

*It's easy. Just sign in to Online Banking.*

**Find other ways you can get involved at EarthDay.org/earth-day-2020.**

SSM-01-20-2305.C | 2906625

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   March 25, 2020 to April 23, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  –   Tell us your name and account number.
  –   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  –   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation


Bank of America, N.A. Member FDIC and    Equal Housing Lender



RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   March 25, 2020 to April 23, 2020

## Deposits and other additions

| Date | Description | | | Amount |
|---|---|---|---|---|
| 04/13/20 | BKOFAMERICA ATM 04/10 #000001663 DEPOSIT BAY POINT | MIAMI | FL | 380.00 |
| **Total deposits and other additions** | | | | **$380.00** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 04/13/20 | CHECKCARD  0411 AIRBNB  HM8TPWQH2 4158005959   CA 554295001022717718859236 | -370.94 |
| **Total ATM and debit card subtractions** | | **-$370.94** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 04/23/20 | Monthly Maintenance Fee | -4.95 |
| **Total service fees** | | **-$4.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-09-19-0761.A1  I  ARG5T4RM

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

RODNEY R UPSHAW
PO BOX 472666
MIAMI, FL  33247-2666

Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv SafeBalance Banking

for April 24, 2020 to May 21, 2020                    Account number: 8981 1263 2387

**RODNEY R UPSHAW**

## Account summary

| | |
|---|---|
| Beginning balance on April 24, 2020 | $21.05 |
| Deposits and other additions | 0.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Service fees | -4.95 |
| **Ending balance on May 21, 2020** | **$16.10** |



**Know how to prevent fraud**

- Never provide access codes to an unsolicited caller or through email or text.
- Protect your account numbers by using Zelle®[1] or Bill Pay for digital payments.
- Don't abbreviate the year 2020. Scammers can easily manipulate it.

For more tips and information, visit **bankofamerica.com/Security**.

[1] Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-01-20-2301.G | 2880298

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   April 24, 2020 to May 21, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



**RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   April 24, 2020 to May 21, 2020**

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/21/20 | Monthly Maintenance Fee | -4.95 |
| **Total service fees** | | **-$4.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Thank you for being a Bank of America® customer

SSM-09-19-0052.B  |  ARBTC7ST

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   April 24, 2020 to May 21, 2020

This page intentionally left blank


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

RODNEY R UPSHAW
PO BOX 472666
MIAMI, FL  33247-2666

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv SafeBalance Banking

for May 22, 2020 to June 23, 2020

Account number: 8981 1263 2387

**RODNEY R UPSHAW**

## Account summary

| | |
|---|---:|
| Beginning balance on May 22, 2020 | $16.10 |
| Deposits and other additions | 965.31 |
| ATM and debit card subtractions | -310.85 |
| Other subtractions | -641.41 |
| Service fees | -4.95 |
| **Ending balance on June 23, 2020** | **$24.20** |



### Know how to identify and avoid scams

- Don't buy gift cards for someone you don't know, and never send gift cards as payment.
- Never provide access codes to an unsolicited caller or through email or text.
- Hang up if an unsolicited caller asks for money or personal information. Scammers can fake caller ID to trick you, so hang up and call back through a trusted number.

For more tips and information on the tricks scammers use, visit **bankofamerica.com/Security**.

SSM-01-20-2301.C | 2880298

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   May 22, 2020 to June 23, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender



RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   May 22, 2020 to June 23, 2020

## Deposits and other additions

| Date | Description | | | | Amount |
|------|-------------|--|--|--|--------|
| 06/03/20 | BKOFAMERICA MOBILE 06/03 3635463578 DEPOSIT | *MOBILE | FL | | 125.31 |
| 06/08/20 | BKOFAMERICA ATM 06/08 #000009216 DEPOSIT BROWNSVILLE | MIAMI | FL | | 500.00 |
| 06/08/20 | BKOFAMERICA ATM 06/06 #000003126 DEPOSIT BROWNSVILLE | MIAMI | FL | | 240.00 |
| 06/08/20 | BKOFAMERICA ATM 06/07 #000004138 DEPOSIT BROWNSVILLE | MIAMI | FL | | 100.00 |
| **Total deposits and other additions** | | | | | **$965.31** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 06/08/20 | CHECKCARD 0607 COMCAST DADE CS 1 800-266-2278 FL 55432860159200234921249 | -226.80 |
| 06/09/20 | CHECKCARD 0608 USPS PO BOXES ONL 800-782-6724 DC 02305370161600040972124 | -65.00 |
| 06/09/20 | CHECKCARD 0608 LYFT *RIDE MON 8552800278 CA 55429500160637484453692 | -19.05 |
| **Total ATM and debit card subtractions** | | **-$310.85** |

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 06/05/20 | Zelle Transfer Conf# ed543c9a3; Shauntravia | -141.41 |
| 06/08/20 | Zelle Transfer Conf# 38b770092; MONICA | -500.00 |
| **Total other subtractions** | | **-$641.41** |

## What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-09-19-0761.A1  I  ARG5T4RM

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   May 22, 2020 to June 23, 2020

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|-------:|
| 06/23/20 | Monthly Maintenance Fee | -4.95 |
| **Total service fees** | | **-$4.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*





GOVERNMENT EXHIBIT

CASE NO. 23-20431-CR-RKA

EXHIBIT NO. 10

P.O. Box 15284
Wilmington, DE 19850

RODNEY R UPSHAW
1001 NW 54TH ST APT 201
MIAMI, FL  33127-1807

**Customer service information**

📱 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

🖊 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv SafeBalance Banking

for November 21, 2020 to December 23, 2020

Account number: 8981 1263 2387

**RODNEY R UPSHAW**

## Account summary

| | |
|---|---|
| Beginning balance on November 21, 2020 | $8.98 |
| Deposits and other additions | 6,271.50 |
| ATM and debit card subtractions | -5,428.25 |
| Other subtractions | -350.00 |
| Service fees | -4.95 |
| **Ending balance on December 23, 2020** | **$497.28** |



Choose your goals

Improve credit

Buy a home

Budget and start saving

It all starts with a plan. Your plan.

**Introducing Bank of America Life Plan®** —
an easy way to set and track financial goals,
get personalized advice when you need it most and more.

Learn more at **bankofamerica.com/LifePlan**.

To view or use Life Plan, you must be enrolled in Online Banking or Mobile Banking. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Bank of America Life Plan is a registered trademark of the Bank of America Corporation.

SSM-07-20-0688.B I 3172550

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender



**BANK OF AMERICA**

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   November 21, 2020 to December 23, 2020

## Deposits and other additions

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 11/23/20 | BKOFAMERICA ATM 11/22 #000005004 DEPOSIT BROWNSVILLE | MIAMI | FL | 250.00 |
| 11/25/20 | 1          11/25 #000249950 PMNT RCVD Cash App*Cash Out  San Francisco CA | | | 689.50 |
| 12/03/20 | 1          12/03 #000385911 PMNT RCVD Cash App*Cash Out  San Francisco CA | | | 1,182.00 |
| 12/07/20 | BKOFAMERICA ATM 12/05 #000009780 DEPOSIT BROWNSVILLE | MIAMI | FL | 600.00 |
| 12/08/20 | BKOFAMERICA ATM 12/08 #000004445 DEPOSIT MIRAMAR | MIRAMAR | FL | 900.00 |
| 12/09/20 | BKOFAMERICA ATM 12/09 #000003010 DEPOSIT BROWNSVILLE | MIAMI | FL | 380.00 |
| 12/10/20 | BKOFAMERICA ATM 12/10 #000009923 DEPOSIT ST CLOUD | ST CLOUD | FL | 1,000.00 |
| 12/21/20 | BKOFAMERICA ATM 12/21 #000006624 DEPOSIT ST CLOUD | ST CLOUD | FL | 770.00 |
| 12/21/20 | BKOFAMERICA ATM 12/19 #000004835 DEPOSIT ST CLOUD | ST CLOUD | FL | 500.00 |
| **Total deposits and other additions** | | | | **$6,271.50** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 11/23/20 | CHECKCARD  1123 HYATT CENTRIC PAN 7864411234   FL 5531020032872202447574 | -144.81 |
| 11/23/20 | SHELL SERVICE   11/23 #000705758 PURCHASE SHELL SERVICE S    POMPANO BEACH FL | -5.33 |
| 11/24/20 | CHECKCARD  1123 FLP PIZZA HUT POMPANO BEACHFL 55436870329153290927594 | -49.73 |
| 11/24/20 | CHECKCARD  1123 FLP DUNKIN DONUTS POMPANO BEACHFL 55436870329153290931026 | -2.63 |
| 11/25/20 | BKOFAMERICA ATM 11/25 #000006157 WITHDRWL BROWNSVILLE       MIAMI        FL | -680.00 |
| 11/30/20 | CHECKCARD  1128 SIMPLEMOBILE*AIRT 877-878-7908 FL 5543286033320093213294 | -43.63 |
| 12/03/20 | BKOFAMERICA ATM 12/03 #000002931 WITHDRWL MILLHOPPER       GAINESVILLE  FL | -500.00 |
| 12/03/20 | BKOFAMERICA ATM 12/03 #000002960 WITHDRWL MILLHOPPER       GAINESVILLE  FL | -40.00 |
| 12/04/20 | PMNT SENT  1203 CASH APP*NEKIA RO 4153753176   CA 5542950033885546785430 | -500.00 |

*continued on the next page*

BANK OF AMERICA

Better Money Habits®

We're ready to support you no matter what comes next

Discover financial tools to help manage your immediate needs and longer-term plans.
Learn more at **BetterMoneyHabits.com/HereToHelp**.

SSM-03-20-0438.B | 3058826

RODNEY R UPSHAW  |  Account # 8981 1263 2387  |  November 21, 2020 to December 23, 2020

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 12/08/20 | CHECKCARD  1205 U-HAULJCVI CORPOR MIAMI        FL 02305370343500199152760 | -84.69 |
| 12/08/20 | CHECKCARD  1207 U-HAULJCVI CORPOR 800-789-3638 FL 02305370343500199152844 | -68.36 |
| 12/09/20 | MIAMI AUTO TAG  12/09 #000015820 PURCHASE MIAMI AUTO TAG      MIAMI        FL | -97.10 |
| 12/10/20 | CHECKCARD  1209 DOWNTOWN TOWING ( MIAMI        FL 75345330344900010500026 | -284.50 |
| 12/10/20 | NEIMAN MA NEIM  12/10 #000931458 PURCHASE NEIMAN MA NEIMAN  ORLANDO      FL | -170.40 |
| 12/10/20 | VICTORIA'S SEC  12/10 #000740410 PURCHASE VICTORIA'S SECR   COLUMBUS      OH | -250.81 |
| 12/10/20 | VANS #0183       12/10 #000341682 PURCHASE 4200 CONROY ROAD  ORLANDO      FL | -180.37 |
| 12/10/20 | MACY'S    4298  12/10 #000052679 PURCHASE MACY'S    4298 MI  ORLANDO      FL | -463.26 |
| 12/10/20 | NNT KID CITY U  12/10 #000508578 PURCHASE 1422 VIRGINIA AVE  SAINT CLOUD  FL | -42.50 |
| 12/11/20 | CHECKCARD  1210 OLIVE GARDEN  000 ORLANDO      FL 15410190346140975014505 | -42.36 |
| 12/14/20 | CHECKCARD  1211 HYDE BEACH RESORT HOLLYWOOD    FL 55436870347163472337569 | -643.26 |
| 12/14/20 | CHECKCARD  1212 HYDE BEACH RESORT HOLLYWOOD    FL 55436870348153482438076 | -13.57 |
| 12/14/20 | USPS PO 1 6700  12/12 #000510379 PURCHASE USPS PO 1 6700 NW  MIAMI        FL | -88.00 |
| 12/21/20 | CHECKCARD  1218 Mister Car Wash # SAINT CLOUD  FL 85500590353005884051911 | -19.00 |
| 12/21/20 | CHECKCARD  1218 Mister Car Wash # SAINT CLOUD  FL 85500590353005884035815 | -19.00 |
| 12/21/20 | CHECKCARD  1220 STRAIGHTTALK*SERV 877-430-2355 FL 55432860355200597479936 RECURRING | -37.12 |
| 12/21/20 | CHECKCARD  1219 Mister Car Wash # SAINT CLOUD  FL 85500590355005905253718 | -6.00 |
| 12/21/20 | PMNT SENT  1219 CASH APP*JACQUELY 4153753176   CA 55429500354741441657886 | -60.00 |
| 12/22/20 | CHECKCARD  1222 CITY FURNITURE #1 9547854706   FL 55480770357200732300013 | -745.32 |
| 12/22/20 | CHECKCARD  1221 KID CITY USA ST C SAINT CLOUD  FL 55310200357400658000084 | -64.50 |
| 12/23/20 | CHECKCARD  1222 KISSIMMEE ORAL SU KISSIMMEE    FL 55547500357286556400031 | -82.00 |
| **Total ATM and debit card subtractions** | | **-$5,428.25** |

## Other subtractions

| Date | Description | Amount |
|---|---|---|
| 12/07/20 | Zelle Transfer Conf# 7c0503c97; Shauntravia | -250.00 |
| 12/15/20 | Zelle Transfer Conf# 481676fe8; howard, shauntravia | -100.00 |
| **Total other subtractions** | | **-$350.00** |



**RODNEY R UPSHAW**   |   **Account # 8981 1263 2387**   |   **November 21, 2020 to December 23, 2020**

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|-------:|
| 12/23/20 | Monthly Maintenance Fee | -4.95 |
| **Total service fees** | | **-$4.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

This page intentionally left blank


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

🖊 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

RODNEY R UPSHAW
1001 NW 54TH ST APT 201
MIAMI, FL  33127-1807

## Your Adv SafeBalance Banking

for October 24, 2020 to November 20, 2020

Account number: 8981 1263 2387

RODNEY R UPSHAW

## Account summary

| | |
|---|---:|
| Beginning balance on October 24, 2020 | $18.30 |
| Deposits and other additions | 1,666.46 |
| ATM and debit card subtractions | -1,670.53 |
| Other subtractions | -0.00 |
| Service fees | -5.25 |
| **Ending balance on November 20, 2020** | **$8.98** |



Choose your goals

Improve credit

Buy a home

Budget and start saving

### It all starts with a plan. Your plan.

**Introducing Bank of America Life Plan**® —
an easy way to set and track financial goals,
get personalized advice when you need it most and more.

Learn more at **bankofamerica.com/LifePlan**.

To view or use Life Plan, you must be enrolled in Online Banking or Mobile Banking. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Bank of America Life Plan is a registered trademark of the Bank of America Corporation.

SSM-07-20-0688.B I 3172550

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   October 24, 2020 to November 20, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



Bank of America, N.A. Member FDIC and   Equal Housing Lender



**BANK OF AMERICA** 

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   October 24, 2020 to November 20, 2020

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 10/26/20 | BKOFAMERICA ATM 10/24 #000005954 DEPOSIT BAY POINT          MIAMI        FL | 220.00 |
| 10/30/20 | BKOFAMERICA ATM 10/30 #000006226 DEPOSIT BROWNSVILLE          MIAMI         FL | 150.00 |
| 11/02/20 | Temporary Credit Adjustment on 11/02/20 | 222.47 |
| 11/02/20 | Temporary Credit Adjustment on 11/02/20 | 39.95 |
| 11/02/20 | Temporary Credit Adjustment on 11/02/20 | 5.00 |
| 11/02/20 | Temporary Credit Adjustment on 11/02/20 | 5.00 |
| 11/02/20 | Temporary Credit Adjustment on 11/02/20 | 1.25 |
| 11/02/20 | Temporary Credit Adjustment on 11/02/20 | 1.25 |
| 11/02/20 | Temporary Credit Adjustment on 11/02/20 | 1.25 |
| 11/03/20 | FEE REVERSAL | 0.19 |
| 11/04/20 | Temporary Credit Adjustment on 11/04/20 | 29.95 |
| 11/04/20 | Temporary Credit Adjustment on 11/04/20 | 5.00 |
| 11/05/20 | FEE REVERSAL | 0.15 |
| 11/16/20 | 1          11/15 #000307335 PMNT RCVD Cash App*Cash Out  San Francisco CA | 98.50 |
| 11/18/20 | 1          11/18 #000365982 PMNT RCVD Cash App*Cash Out  San Francisco CA | 886.50 |
| **Total deposits and other additions** | | **$1,666.46** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 10/26/20 | CHECKCARD  1023 MPONLINECS.COM 877-252-1057 MI 7512222029801255277719 RECURRING | -5.00 |
| 10/26/20 | CHECKCARD  1025 WWW.LHSPAY.COM HERNE BAY          9520914030000000002081248 RECURRING | -5.00 |
| 10/27/20 | CHECKCARD  1025 COUNTRY INN BY CA BRUNSWICK    GA 5543687030164301212378 | -143.88 |

*continued on the next page*

---

Help protect yourself from fraud this holiday season

**Our Security Center is a great place to learn what to look out for.**



**See how to help protect yourself from fraud**



**Find out about the latest fraud and scam trends**



**Learn how to identify scams**

Visit **bankofamerica.com/Security** to learn how to help avoid fraud and identity theft.

SSM-07-20-0687.B | 3172526

RODNEY R UPSHAW | Account # 8981 1263 2387 | October 24, 2020 to November 20, 2020

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 10/29/20 | CHECKCARD 1028 SIMPLEMOBILE*AIRT 877-878-7908 FL 55432860302200744897596 | -43.63 |
| 10/30/20 | PMNT SENT 1030 CASH APP*SILVIA 4153753176 CA 55429500304855355087947 | -150.00 |
| 11/02/20 | CHECKCARD 1030 MPONLINECS.COM 877-252-1057 MI 75122220305012593149764 RECURRING | -29.95 |
| 11/02/20 | CHECKCARD 1031 WWW.LHSPAY.COM HERNE BAY 95209140306000009843610 RECURRING | -5.00 |
| 11/09/20 | PMNT SENT 1108 CASH APP*SILVIA 4153753176 CA 55429500313855492825364 | -167.00 |
| 11/10/20 | PMNT SENT 1109 CASH APP*SILVIA 4153753176 CA 55429500314855383349895 | -150.00 |
| 11/16/20 | CHECKCARD 1115 PARKERS 63 JESUP GA | -33.93 |
| 11/18/20 | BKOFAMERICA ATM 11/18 #000003277 WITHDRWL BROWNSVILLE MIAMI FL | -900.00 |
| 11/20/20 | CHECKCARD 1120 STRAIGHTTALK*AIRT 877-430-2355 FL 55432860325200671533456 | -37.14 |
| **Total ATM and debit card subtractions** | | **-$1,670.53** |

# Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/26/20 | CHECKCARD 1025 WWW.LHSPAY.COM HERNE BAY 95209140300000002081248 RECURRING INTERNATIONAL TRANSACTION FEE | -0.15 |
| 11/02/20 | CHECKCARD 1031 WWW.LHSPAY.COM HERNE BAY 95209140306000009843610 RECURRING INTERNATIONAL TRANSACTION FEE | -0.15 |
| 11/20/20 | Monthly Maintenance Fee | -4.95 |
| **Total service fees** | | **-$5.25** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*





GOVERNMENT EXHIBIT

CASE NO. 23-20431-CR-RKA

EXHIBIT NO. 11

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

📧 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

RODNEY R UPSHAW
1001 NW 54TH ST APT 201
MIAMI, FL  33127-1807

# Your Adv SafeBalance Banking

for December 24, 2020 to January 22, 2021          Account number: 8981 1263 2387

**RODNEY R UPSHAW**

## Account summary

| | |
|---|---|
| Beginning balance on December 24, 2020 | $497.28 |
| Deposits and other additions | 5,075.00 |
| ATM and debit card subtractions | -3,133.57 |
| Other subtractions | -2,245.00 |
| Service fees | -4.95 |
| **Ending balance on January 22, 2021** | **$188.76** |



# Happy New Year!

Thank you for being a valued Bank of America® customer. As we bring this challenging year to a close, we wish you all the best for a rewarding 2021.

SSM-10-20-0052.C | 3252703

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   December 24, 2020 to January 22, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender



RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   December 24, 2020 to January 22, 2021

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 12/28/20 | BKOFAMERICA ATM 12/28 #000002057 DEPOSIT ST CLOUD         ST CLOUD      FL | 1,375.00 |
| 12/31/20 | Counter Credit | 1,000.00 |
| 01/05/21 | BKOFAMERICA ATM 01/04 #000006491 DEPOSIT SHORES VILLAGE     MIAMI SHORES  FL | 1,000.00 |
| 01/08/21 | Zelle Transfer Conf# 0062G7GI3; SHAUNTRAVIA HOWARD | 120.00 |
| 01/08/21 | Zelle Transfer Conf# 0062G5KIO; SHAUNTRAVIA HOWARD | 80.00 |
| 01/12/21 | BKOFAMERICA ATM 01/12 #000003166 DEPOSIT KIRKMAN ROAD       ORLANDO       FL | 1,000.00 |
| 01/19/21 | BKOFAMERICA ATM 01/19 #000002184 DEPOSIT BROWNSVILLE        MIAMI         FL | 500.00 |
| **Total deposits and other additions** | | **$5,075.00** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 12/28/20 | WAL-MART #4303  12/27 #000471200 PURCHASE 3200 NW 79TH STRE  MIAMI          FL | -100.46 |
| 12/29/20 | CHECKCARD  1227 AUTO INSURANCE UA 3059405022  FL 55488720363286322005392 | -183.87 |
| 12/30/20 | CHECKCARD  1230 SHELL SERVICE LAKE WORTH  FL | -25.00 |
| 12/31/20 | CHECKCARD  1229 U-HAULWOJOS BAIT SAINT CLOUD  FL 02305370365200054966155 | -63.28 |
| 12/31/20 | CHECKCARD  1231 SHELL SERVICE OKEECHOBEE  FL | -26.27 |
| 01/04/21 | CHECKCARD  0103 TOWNEPLACE SUITES MIAMI       FL 55432861003200242098770 | -314.14 |
| 01/04/21 | CHECKCARD  0103 TOWNEPLACE SUITES MIAMI       FL 55432861003200242098788 | -48.80 |
| 01/07/21 | CHECKCARD  0106 HYDE BEACH RESORT HOLLYWOOD    FL 55436871007150073429696 | -794.96 |
| 01/13/21 | CHECKCARD  0112 WG LAKES RESORT R ORLANDO       FL 75428551012090201677940 | -479.98 |
| 01/13/21 | CHECKCARD  0112 CHIPOTLE 1289 ORLANDO       FL 55310201013091062002479 | -26.10 |
| 01/15/21 | DIXIE CLEANERS  01/15 #000001264 PURCHASE 4038 13TH STREET   ST. CLOUD     FL | -42.11 |

*continued on the next page*

## Simple steps you can take to help combat fraud

Just keeping your contact information up to date helps ensure that:

 You are contacted quickly about suspicious activity

 Your cards are mailed to you and not someone else

 You get statements and other important documents promptly

Verify your contact information and see other ways you can stay protected at **bankofamerica.com/FraudChecklist**.

SSM-10-20-0075B | 3255594

RODNEY R UPSHAW  |  Account # 8981 1263 2387  |  December 24, 2020 to January 22, 2021

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 01/19/21 | CHECKCARD  0115 STARBUCKS STORE 2 ST. CLOUD    FL 5543286101620067581010 | -29.08 |
| 01/19/21 | PMNT SENT 0116 CASH APP*JACQUELY 4153753176    CA 5542950101774140201956 | -1.00 |
| 01/19/21 | CHECKCARD  0116 WG LAKES RESORT R ORLANDO      FL 7542855101711060165737 | -351.18 |
| 01/19/21 | CHECKCARD  0116 WG LAKES RESORT R ORLANDO      FL 7542855101711060165738 | -270.00 |
| 01/19/21 | PUBLIX SUPER M  01/16 #000070778 PURCHASE 12195 S ORANGE BL  ORLANDO      FL | -96.58 |
| 01/19/21 | CHECKCARD  0119 STRAIGHTTALK*SERV 877-430-2355 FL 5543286101920039453064 RECURRING | -37.26 |
| 01/20/21 | CRACKER B 1330  01/20 #000754489 PURCHASE CRACKER B 13300 S  ORLANDO      FL | -170.91 |
| 01/20/21 | CHECKCARD  0120 BP#9492604CIRC ST CLOUD     FL | -42.47 |
| 01/20/21 | BIG LOTS STORE  01/20 #000000420 PURCHASE 3401 13TH ST # 10  SAINT CLOUD  FL | -1.62 |
| 01/20/21 | BP#9492604CIRC  01/20 #000519961 PURCHASE 4485 13TH STREET  ST CLOUD      FL | -10.95 |
| 01/21/21 | CHECKCARD  0119 EXXONMOBIL     480 MIAMI     FL 1548680102183700409682 | -7.55 |
| 01/21/21 | CHECKCARD  0119 EXXONMOBIL     480 MIAMI     FL 1548680102183700409683 | -10.00 |
| **Total ATM and debit card subtractions** | | **-$3,133.57** |

## Other subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 01/04/21 | Zelle Transfer Conf# abbf05214; howard, shauntravia | -2,000.00 |
| 01/07/21 | Zelle Transfer Conf# 0204f8960; howard, shauntravia | -25.00 |
| 01/07/21 | Zelle Transfer Conf# 1434c7632; howard, shauntravia | -60.00 |
| 01/12/21 | Zelle Transfer Conf# bc2a50659; howard, shauntravia | -40.00 |
| 01/21/21 | Zelle Transfer Conf# 935fa22e1; howard, shauntravia | -120.00 |
| **Total other subtractions** | | **-$2,245.00** |

# Service fees

| Date | Transaction description | Amount |
|------|-------------------------|-------:|
| 01/22/21 | Monthly Maintenance Fee | -4.95 |
| **Total service fees** | | **-$4.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

RODNEY R UPSHAW
1001 NW 54TH ST APT 201
MIAMI, FL  33127-1807

# Your Adv SafeBalance Banking

for January 23, 2021 to February 19, 2021                    Account number: 8981 1263 2387

**RODNEY R UPSHAW**

## Account summary

| | |
|---|---|
| Beginning balance on January 23, 2021 | $188.76 |
| Deposits and other additions | 4,260.00 |
| ATM and debit card subtractions | -1,513.33 |
| Other subtractions | -2,440.00 |
| Service fees | -4.95 |
| **Ending balance on February 19, 2021** | **$490.48** |

Better Money Habits®

## Support for whatever you need

Make more informed decisions with education and guidance from Better Money Habits®.
• Tackle financial stress.
• Find ways to save.
• Get education and guidance on a variety of money-related topics.

Get started today at **BetterMoneyHabits.com/HereToHelp**.



SSM-10-20-0894.B | 3371116

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   January 23, 2021 to February 19, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

– Tell us your name and account number.
– Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
– Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and   Equal Housing Lender**



**RODNEY R UPSHAW**  |  Account # 8981 1263 2387  |  January 23, 2021 to February 19, 2021

Scammers are taking advantage of the current environment to try to obtain your personal and financial information. Watch out for scams involving promises for COVID-19 vaccines, stimulus payments, employment and more. Scammers may try to contact you in various ways including by phone, email, and social media. Learn more at bankofamerica.com/security.

## Deposits and other additions

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 01/25/21 | BKOFAMERICA ATM 01/25 #000008477 DEPOSIT ST CLOUD | ST CLOUD | FL | 900.00 |
| 01/28/21 | BKOFAMERICA ATM 01/27 #000005218 DEPOSIT BROWNSVILLE | MIAMI | FL | 500.00 |
| 02/01/21 | BKOFAMERICA ATM 01/29 #000002073 DEPOSIT ST CLOUD | ST CLOUD | FL | 400.00 |
| 02/02/21 | BKOFAMERICA ATM 02/02 #000007626 DEPOSIT BROWNSVILLE | MIAMI | FL | 1,500.00 |
| 02/04/21 | BKOFAMERICA ATM 02/04 #000003606 DEPOSIT ST CLOUD | ST CLOUD | FL | 400.00 |
| 02/11/21 | Zelle Transfer Conf# 01NI2RWZE; SHAUNTRAVIA HOWARD | | | 60.00 |
| 02/18/21 | BKOFAMERICA ATM 02/18 #000008695 DEPOSIT ST CLOUD | ST CLOUD | FL | 500.00 |
| **Total deposits and other additions** | | | | **$4,260.00** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 01/26/21 | PMNT SENT  0125 CASH APP*JACQUELY 4153753176   CA 5542950102585497707846 | | | -15.00 |
| 01/29/21 | CHECKCARD  0127 AUTO INSURANCE UA 3059405022  FL 5548872102828632802108 | | | -183.87 |
| 02/01/21 | CHECKCARD  0128 DOUBLETREE BISCAY MIAMI       FL 5543687102916029121784 | | | -236.17 |
| 02/01/21 | CHECKCARD  0128 DOUBLETREE BISCAY 305-3720313 FL 5543687102916029121784 | | | -30.00 |
| 02/01/21 | PMNT SENT  0129 CASH APP*ISIS DAV 4153753176  CA 5542950102974147991161 | | | -25.00 |
| 02/01/21 | PMNT SENT  0130 CASH APP*SHAQUITA 4153753176  CA 5542950103085502422921 | | | -250.00 |
| 02/01/21 | BLUE MAGIC HUT  01/31 #000566487 PURCHASE 3074 NW 79TH ST    MIAMI       FL | | | -269.29 |
| 02/01/21 | BKOFAMERICA ATM 01/31 #000008594 WITHDRWL MILLHOPPER        GAINESVILLE  FL | | | -100.00 |

*continued on the next page*

## What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM 06 20 0180A2  |  3104242

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   January 23, 2021 to February 19, 2021

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 02/05/21 | CHECKCARD 0204 SAME DAY WINDSHIE 888-794-4527 FL 85454911035900013813761 | -295.74 |
| 02/16/21 | CHECKCARD 0211 MCW206-IRLO BRONS ST CLOUD    FL 55421351043939188405336 | -20.00 |
| 02/18/21 | CHECKCARD 0218 STRAIGHTTALK*SERV 877-430-2355 FL 55432861049200197140219 RECURRING | -37.26 |
| 02/19/21 | PMNT SENT 0218 CASH APP*JACQUELY 4153753176   CA 55429501049741910135991 | -17.00 |
| 02/19/21 | PMNT SENT 0218 CASH APP*JACQUELY 4153753176   CA 55429501049855351923093 | -34.00 |
| **Total ATM and debit card subtractions** | | **-$1,513.33** |

## Other subtractions

| Date | Description | Amount |
|---|---|---|
| 01/25/21 | Zelle Transfer Conf# 2852f86f0; howard, shauntravia | -770.00 |
| 02/02/21 | Zelle Transfer Conf# 73291bd7e; howard, shauntravia | -50.00 |
| 02/03/21 | Zelle Transfer Conf# d47ce19c4; howard, shauntravia | -1,500.00 |
| 02/04/21 | Zelle Transfer Conf# 4d7e2b555; howard, shauntravia | -20.00 |
| 02/08/21 | Zelle Transfer Conf# a33e75195; howard, shauntravia | -100.00 |
| **Total other subtractions** | | **-$2,440.00** |

# Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 02/19/21 | Monthly Maintenance Fee | -4.95 |
| **Total service fees** | | **-$4.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

RODNEY R UPSHAW
1001 NW 54TH ST APT 201
MIAMI, FL  33127-1807

☐ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv SafeBalance Banking

for December 24, 2020 to January 22, 2021          Account number: 8981 1263 2387

**RODNEY R UPSHAW**

## Account summary

| | |
|---|---|
| Beginning balance on December 24, 2020 | $497.28 |
| Deposits and other additions | 5,075.00 |
| ATM and debit card subtractions | -3,133.57 |
| Other subtractions | -2,245.00 |
| Service fees | -4.95 |
| **Ending balance on January 22, 2021** | **$188.76** |



# Happy New Year!

Thank you for being a valued Bank of America® customer. As we bring this challenging year to a close, we wish you all the best for a rewarding 2021.

SSM 10 20 0052.C | 3252703

RODNEY R UPSHAW   |   Account # 8981 1263 2387   |   December 24, 2020 to January 22, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation



Bank of America, N.A. Member FDIC and   Equal Housing Lender



**RODNEY R UPSHAW**  |  Account # 8981 1263 2387  |  December 24, 2020 to January 22, 2021

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/20 | BKOFAMERICA ATM 12/28 #000002057 DEPOSIT ST CLOUD          ST CLOUD      FL | 1,375.00 |
| 12/31/20 | Counter Credit | 1,000.00 |
| 01/05/21 | BKOFAMERICA ATM 01/04 #000006491 DEPOSIT SHORES VILLAGE      MIAMI SHORES  FL | 1,000.00 |
| 01/08/21 | Zelle Transfer Conf# 0062G7GI3; SHAUNTRAVIA HOWARD | 120.00 |
| 01/08/21 | Zelle Transfer Conf# 0062G5KIO; SHAUNTRAVIA HOWARD | 80.00 |
| 01/12/21 | BKOFAMERICA ATM 01/12 #000003166 DEPOSIT KIRKMAN ROAD        ORLANDO       FL | 1,000.00 |
| 01/19/21 | BKOFAMERICA ATM 01/19 #000002184 DEPOSIT BROWNSVILLE         MIAMI         FL | 500.00 |
| **Total deposits and other additions** | | **$5,075.00** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/20 | WAL-MART #4303  12/27 #000471200 PURCHASE 3200 NW 79TH STRE  MIAMI         FL | -100.46 |
| 12/29/20 | CHECKCARD  1227 AUTO INSURANCE UA 3059405022  FL 55488720363286322005392 | -183.87 |
| 12/30/20 | CHECKCARD  1230 SHELL SERVICE LAKE WORTH  FL | -25.00 |
| 12/31/20 | CHECKCARD  1229 U-HAULWOJOS BAIT SAINT CLOUD  FL 02305370365200054966155 | -63.28 |
| 12/31/20 | CHECKCARD  1231 SHELL SERVICE OKEECHOBEE  FL | -26.27 |
| 01/04/21 | CHECKCARD  0103 TOWNEPLACE SUITES MIAMI        FL 55432861003200242098770 | -314.14 |
| 01/04/21 | CHECKCARD  0103 TOWNEPLACE SUITES MIAMI        FL 55432861003200242098788 | -48.80 |
| 01/07/21 | CHECKCARD  0106 HYDE BEACH RESORT HOLLYWOOD    FL 55436871007150073429696 | -794.96 |
| 01/13/21 | CHECKCARD  0112 WG LAKES RESORT R ORLANDO      FL 75428551012090201677940 | -479.98 |
| 01/13/21 | CHECKCARD  0112 CHIPOTLE 1289 ORLANDO      FL 55310201013091062002479 | -26.10 |
| 01/15/21 | DIXIE CLEANERS  01/15 #000001264 PURCHASE 4038 13TH STREET  ST. CLOUD      FL | -42.11 |

*continued on the next page*

---

## Simple steps you can take to help combat fraud

Just keeping your contact information up to date helps ensure that:

 You are contacted quickly about suspicious activity

 Your cards are mailed to you and not someone else

 You get statements and other important documents promptly

Verify your contact information and see other ways you can stay protected at **bankofamerica.com/FraudChecklist**.

SSM 10 20 0075.B | 3255594

RODNEY R UPSHAW  |  Account # 8981 1263 2387  |  December 24, 2020 to January 22, 2021

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 01/19/21 | CHECKCARD  0115 STARBUCKS STORE 2 ST. CLOUD    FL 5543286101620067581 0100 | -29.08 |
| 01/19/21 | PMNT SENT  0116 CASH APP*JACQUELY 4153753176    CA 5542950101774140201 9560 | -1.00 |
| 01/19/21 | CHECKCARD  0116 WG LAKES RESORT R ORLANDO      FL 7542855101711060165 7378 | -351.18 |
| 01/19/21 | CHECKCARD  0116 WG LAKES RESORT R ORLANDO      FL 7542855101711060165 7386 | -270.00 |
| 01/19/21 | PUBLIX SUPER M  01/16 #000070778 PURCHASE 12195 S ORANGE BL  ORLANDO      FL | -96.58 |
| 01/19/21 | CHECKCARD  0119 STRAIGHTTALK*SERV 877-430-2355 FL 5543286101920039453 0648 RECURRING | -37.26 |
| 01/20/21 | CRACKER B 1330  01/20 #000754489 PURCHASE CRACKER B 13300 S  ORLANDO      FL | -170.91 |
| 01/20/21 | CHECKCARD  0120 BP#9492604CIRC ST CLOUD      FL | -42.47 |
| 01/20/21 | BIG LOTS STORE  01/20 #000000420 PURCHASE 3401 13TH ST # 10  SAINT CLOUD  FL | -1.62 |
| 01/20/21 | BP#9492604CIRC  01/20 #000519961 PURCHASE 4485 13TH STREET  ST CLOUD      FL | -10.95 |
| 01/21/21 | CHECKCARD  0119 EXXONMOBIL    480 MIAMI      FL 1548680102183700409 6824 | -7.55 |
| 01/21/21 | CHECKCARD  0119 EXXONMOBIL    480 MIAMI      FL 1548680102183700409 6832 | -10.00 |
| **Total ATM and debit card subtractions** | | **-$3,133.57** |

## Other subtractions

| Date | Description | Amount |
|---|---|---|
| 01/04/21 | Zelle Transfer Conf# abbf05214; howard, shauntravia | -2,000.00 |
| 01/07/21 | Zelle Transfer Conf# 0204f8960; howard, shauntravia | -25.00 |
| 01/07/21 | Zelle Transfer Conf# 1434c7632; howard, shauntravia | -60.00 |
| 01/12/21 | Zelle Transfer Conf# bc2a50659; howard, shauntravia | -40.00 |
| 01/21/21 | Zelle Transfer Conf# 935fa22e1; howard, shauntravia | -120.00 |
| **Total other subtractions** | | **-$2,245.00** |

# Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 01/22/21 | Monthly Maintenance Fee | -4.95 |
| **Total service fees** | | **-$4.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

DocuSign Envelope ID: 3483422454B2B4B9AA2D00A45DE4F601

# Bank of America

**Personal Signature Card with Substitute Form W-9**

Electronic Signature
Do not send to Records
Management if printed.

BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** 898112632387

| **Account Type:** | ☒ Checking | ☐ Savings | ☐ Certificate of Deposit |

**Account Title:** RODNEY R UPSHAW

AO38E-C
**GOVERNMENT EXHIBIT**
CASE NO. 23-20431-CR-RKA
EXHIBIT NO. 13

## Ownership Type

☒ Individual Owner

☐ Fiduciary (For Example: Trust, UTMA, Rep Payee, Custodian, Guardian, Estate)

Types of Joint Accounts

☐ Joint with Rights of Survivorship

☐ Tenants by the Entirety – Only applicable if recognized by state law for bank accounts.

Joint Account for ME, TX and NC only (as defined by ME (18-A MRSA §6-101 et seq.)TX (V.T.C.A., Estates Code §113.151), NC (N.C.G.S. § 53-C-6-6)). During the lifetime of the account co-owners, the Bank may pay the money in the account to, or on the order of, any person named on the account. All co-owners must agree to one of the following two choices, and sign below to confirm:

☐ With survivorship - means upon the death of one joint owner, the money remaining in the account will belong to the surviving joint owner(s), and will not be inherited by the heirs of the deceased joint owner controlled by the deceased owner's will.

☐ Without survivorship - means if one of the owners dies, the deceased owner's ownership interest in the account passes as part of the owner's estate under the owner's will or by intestacy if there is no will.

☐ Check if designating beneficiaries: Payable on Death (POD) / In Trust For (ITF) / Totten Trust and TX and NC only Beneficiary Disclosure Acknowledgement (Refer to Beneficiary Addendum for details).

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts **I/we** may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Personal Schedule of Fees and **I/we** are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for jury trial waiver or reference to a judicial referee.
- A joint account with right of survivorship is the property of each co-owner and payable to either co-owner or to the surviving co-owner(s) if a co-owner dies.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we** want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

☐ **Nonresident Alien (NRA) Status:** Check this box if ALL owners of this account are a non U.S. person (NRA) for U.S. purposes. Have them complete/sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:
1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Tax ID Number (SSN, EIN or ITIN) | Report Interest | Printed Name or Fiduciary Title | Sign Next to Name or Fiduciary Title (Line 1) Sign Next to all other Printed Names | Date |
|---|---|---|---|---|
| 264733766 | ☒ | RODNEY R UPSHAW | *R Upshaw* | 1/22/2020 |
| | ☐ | | | |
| | ☐ | | | |

00-15-9295D 11-2018
NFL
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Yadira Chavez
Financial Center: PALMETTO LAKES

Bank Number: 075
Date: 01/22/2020

-In-Town Rental (OUT) - Saturday, 12/5/2020 10:49 AM Contract No.: 84676761 Equip.: - BE 4321X
ROADSIDE ASSISTANCE: visit uhaul.com/help
Dispatched From: 034771 - Safe-Protection:(YES)

| Customer: | | Renting Location: |
|---|---|---|
| UPSHAW RODNEY | 7864911827 | JCVI Corporation - {034771} |
| 1001 NW 54 TH ST | 7869917237 | 2020 NW 22nd St |
| MIAMI, FL 33127 | DL: xxxxxxxxxx0110, FL, | MIAMI , FL 33142 {305}635-0186 |
| | 0124 | |

### Terms & Conditions

Rental Out Date/Time: 12/5/2020 10:49 AM  Rental Due Date/Time: 12/6/2020 10:30 AM

If you return after store hours please verify your equipment return on your mobile device by going to uhaul.com/share. Or you can choose to have a U-Haul Representative verify it for you the next business day. There is a $20.00 convenience fee for this option.

- Failure to return the equipment by the Rental Due time may result in additional charges.

| Equipment | MI Out | MI Rate | MI Charge | Coverage | Rental Rate | Rental Charge | Estimated Charges |
|---|---|---|---|---|---|---|---|
| BE 4321X AJ79460 AZ | 7564.0 | $0.79 X 50.0 | $39.50 | CDW $20.00 | $19.95 | $19.95 | $79.45 |

FUEL TANK CAPACITY: 31 GALLONS

| Estimated Environmental Fee: | $1.00 |
|---|---|
| Estimated Subtotal: | $80.45 |
| Estimated Rental Tax: | $4.24 |
| Estimated Charges Paid: | $0.00 |
| Estimated Total Charges: | $84.69 |

E   1/8   1/4   3/8   1/2   5/8   3/4   7/8   F
20.2 19.0 18.3 16.7 15.5 13.8 12.2 10.4 9.4 8.6 7.2 5.3 4.0 3.0 2.0 1.0

**Estimated gallons needed to return to agreed to level of Full**

| Card Type: | Account: | Type: | Ref No: | Approved: |
|---|---|---|---|---|
| MasterCard | XXXXXXXXXXXXXXXX7554 (S) | PREAUTH | 034014516207 | 124097 |

The bank has placed a HOLD for $84.69 on your account. This hold may appear on your statement. U-Haul will not charge/credit your card until you return the equipment and your rental charges are calculated. If the actual rental charges exceed the held amount, or if your rental is extended, U-Haul may charge the original amount and authorize a second hold for the estimated balance.

Net Paid Today:        $0.00



AU388-U
GOVERNMENT EXHIBIT

CASE NO.  23-20431-CR-RKA

EXHIBIT NO.  18

-In-Town Rental (OUT) - Saturday, 12/5/2020 10:49 AM Contract No.: 84676761 Equip.: - BE 4321X
ROADSIDE ASSISTANCE: visit uhaul.com/help
Dispatched From: 034771 - Safe-Protection:(YES)

| | | | |
|---|---|---|---|
| Contract No.: 84676761 | JCVI Corporation | 2020 NW 22nd St | (305)635-0186 |
| Saturday 12/5/2020 10:49 AM | (034771) | MIAMI , FL. 33142 | |

### Terms & Conditions

- I agree to verify my truck's fuel level is Full before leaving the premises. I will return the vehicle with the same amount of fuel as when dispatched and/or agree to pay a $3.50 per gallon convenience fee for the estimated fuel I do not replace. If returned with less than a 1/4 tank, I agree to also pay a $30.00 service fee. U-Haul does not reimburse if this truck is returned with more fuel than what is printed on the receipt gauge. U-Haul pays for oil (save receipts).
- I understand that I am financially responsible for the $150.00 deductible due to accident damage caused to BE 4321X.
- Failure to return rental property or equipment upon expiration of the rental period and failure to pay all amounts due, (including costs for damage to the property or equipment) are prima facia evidence of intent to defraud, punishable in accordance with section 812.155, Florida statutes.
- U-Haul provides the Customer with minimum limits of protection required by that state or province where arises any claim, suit or cause of action. The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary of the limits of liability and personal injury protection coverage required by ss. 324,021(7) and 627.736, Florida Statutes.
- I understand that this equipment must be returned to the same U-Haul location where it was rented. I understand that the minimum rental charge for equipment returned to a different location is twice the amount of the current One Way rate from this U-Haul location to the actual drop-off location.
- I understand that the equipment rented is water resistant and not water proof.
- I acknowledge that I have received the appropriate User Instructions and acknowledge my responsibility to fully read and understand these User Instructions before operating the equipment.
- I understand that I will receive an email link to review the rental process and the U-Haul Store employees to feedback to U-Haul any compliments, concerns or requests that I have about my rental.
- I understand that I can also contact U-Haul Customer Service at uhaul.com/contact/email.aspx
- I understand that I am financially responsible for all damages to equipment.
- I agree to submit all *legal* claims in accordance with the U-Haul Arbitration Agreement, incorporated by reference, and available at uhaul.com/arbitration or from my local U-Haul representative.

- Watch for overhead objects and lock-up the cargo box. I understand that a collision with an overhead object and theft of my cargo are just two specific exclusions not covered by Collision Damage Waiver (CDW), Safemove, or Safetow protection.
- I agree that distracted driving is dangerous and that driving while distracted is likely to lead to an **accident/crash** causing serious injury or death. I agree not to use a hand held mobile phone (other than for an emergency call) and not to text while driving any U-Haul truck or towing any U-Haul Trailer, Tow Dolly or Auto Transport. My agreement not to do so is material to U-Haul's decision to enter into this Agreement. My failure to comply is material breach of this Agreement.
- The following shall be admissible as evidence of negligence and breach of contract in any lawsuit or arbitration: 1) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport was texting while driving; 2) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport, was using any mobile phone (other than hands free or for an emergency call) while driving.
- I acknowledge that I have received and agree to the terms and conditions of this Rental Contract and the Rental Contract Addendum.
- Included Mileage is calculated based on the number of days rented. Returning early will reduce the mileage included in the rate.
- **Pickup and Van Best Rate Guarantee:** At the end of your rental we will calculate the best deal for you. Be it our most popular ($19.95 plus mileage rate) or (a combination of the daily, weekly and monthly rental rates with included mileage).

X_____                                      Maria Mederos
Customer Signature - (UPSHAW RODNEY)                              U-Haul Signature - (Maria Mederos)

For hotel discounts, please visit www.uhaul.com/discounts

Questions or need help? Call me.

_____  (305)635-0186

69461162(H)
Point of Sale

# Equipment Rental Contract #92992815

## Customer Information

**Name:** rodney upshaw

**Address:**

1001 nw 54th st
MIAMI, FL 33127

**Primary phone:** (305) 619-4233

**Alternate phone:** (786) 665-4205

**Email:** shauntravia@icloud.com

**License:** FL - U120736670110

**Birth date:** 7/11/1967

## Entity Information

**Entity:** 787067

U-HAUL MOVING & STORAGE OF DADE COUNTY

**Address:**

5341 NW 7TH AVE
MIAMI, FL 33127

**Phone:** (305) 795-1170

## Rental Information

**Transaction:** InTown

**Status:** Receive

**Create Date:** 7/9/2019 12:14 PM

**Created by:** 787067

## Dispatch

**Mileage Rate:** $0.99

**Dispatch Date/Time:** 7/9/2019 3:14:23 PM

**Due Date/Time:** 7/10/2019 3:15:00 PM

**Contract period:** 1 Days 1 Minutes

**Rental city/state:** MIAMI, FL

**Dispatch Location:** 787067

**Pickup odometer:** 149,466.0

**Pickup fuel level:** 7/16

| Equipment | Rate | Coverage | Insurance Rate |
|---|---|---|---|
| JH3401M | $39.95 | None | $0.00 |

## Return

**Mileage Rate:** $0.99

**Return Date/Time:** 7/10/2019 3:19 PM

**Days/Hours used:** 1 Days 4 Minutes

**Total miles used:** 10

**Add'l miles used:** 3

**Rental City/State:** MIAMI, FL

**Return location:** 787067

**Return odometer:** 149,476.0

**Return fuel level:** 3/8

| Equipment |
|---|
| JH3401M |

## Payment Information

| Payment date | Payment location | Method of payment | Authorized amount | Payment amount |
|---|---|---|---|---|
| 7/9/2019 | 787067 | Visa 449435AAATPEOIA0630 | $51.24 | $0.0 |

| Payment date | Payment location | Method of payment | Authorized amount | Payment amount |
|---|---|---|---|---|
| 7/10/2019 | 787067 | Visa 449435AAATPEOIA0630 | $0.00 | $54.41 |

**Meaningful Assurance**

**previouscontract**                                      **Drivers license**

· Number: 92145018

There are no notes for this contract.

There are no roadside assistance files for this contract.

There is no history for this contract

**Equipment Rental Contract #92145018**

## Customer Information

**Name:** rodney upshaw

**Address:**

1001 nw 54th st
MIAMI, FL 33127

**Primary phone:** (786) 387-0274

**Email:**

**License:** FL - u120736670110

**Birth date:** 1/11/1967

## Entity Information

**Entity:** 787063

U-HAUL OF NORTH MIAMI

**Address:**

12865 NW 7TH AVE
NORTH MIAMI, FL 33168

**Phone:** (305) 685-8316

## Rental Information

**Transaction:** InTown

**Status:** Receive

**Create Date:** 6/28/2019 8:02 AM

**Created by:** 787063

### Alternate Contacts

| Contact Type | Name | License |
|---|---|---|
| Driver | rodney upshaw | FL - u120736670110 |

## Dispatch

**Mileage Rate:** $0.79

**Dispatch Date/Time:** 6/28/2019 11:02:06 AM
**Due Date/Time:** 6/29/2019 11:00:00 AM
**Contract period:** 23 Hours 58 Minutes
**Rental city/state:** NORTH MIAMI, FL
**Dispatch Location:** 787063

**Pickup odometer:** 7,579.0
**Pickup fuel level:** 7/16

| Equipment | Rate | Coverage | Insurance Rate |
|---|---|---|---|
| BP1325K | $19.95 | Collision Damage Waiver | $11.00 |

## Return

**Mileage Rate:** $0.79

**Return Date/Time:** 6/29/2019 10:34 AM
**Days/Hours used:** 23 Hours 31 Minutes
**Total miles used:** 69
**Add'l miles used:** 49
**Rental City/State:** NORTH MIAMI, FL
**Return location:** 787063

**Return odometer:** 7,648.0
**Return fuel level:** 1/2

**Equipment**

BP1325K

## Payment Information

| Payment date | Payment location | Method of payment | Authorized amount | Payment amount |
|---|---|---|---|---|
| 6/28/2019 | 787063 | MasterCard 524366AAATNHPJV7915 | $50.33 | $0.0 |
| 6/29/2019 | 787063 | cash | | $91.75 |

**Meaningful Assurance**

**23**

- IsLocal: 1
- Number: u120736670110

**22**

- First name: tracy
- Last name: carter
- Phone: (786) 251-7515
- (Verified)
- (Not Verified)

**Drivers license**

**Passport**

| Date | Note | Location | Entered by |
|---|---|---|---|
| 6/28/2019 10:02:11 AM | Customer was texted a Customer Confirm Access Link to 7863870274 | 787063 | Nicole Mitchell |

There are no roadside assistance files for this contract.

There is no history for this contract

## Equipment Rental Contract #86492844

### Customer Information

**Name:** RODNEY UPSHAW

**Address:**

1001 NW 54 ST APT. 201

MIAMI, FL 33127

**Primary phone:** (786) 447-1834

**Alternate phone:** (305) 687-5611

**Email:**

**License:** FL - u120736670110

**Birth date:** 1/11/1967

### Entity Information

**Entity:** 787063

U-HAUL OF NORTH MIAMI

**Address:**

12865 NW 7TH AVE

NORTH MIAMI, FL 33168

**Phone:** (305) 685-8316

### Rental Information

**Transaction:** InTown

**Status:** Receive

**Create Date:** 6/3/2017 7:18 AM

**Created by:** 787063

## Dispatch

**Mileage Rate:** $0.79

**Dispatch Date/Time:** 6/3/2017 10:17:42 AM

**Due Date/Time:** 6/3/2017 5:00:00 PM

**Contract period:** 6 Hours 42 Minutes

**Rental city/state:** NORTH MIAMI, FL

**Dispatch Location:** 787063

**Pickup odometer:** 261.0

**Pickup fuel level:** 3/8

| Equipment | Rate | Coverage | Insurance Rate |
|---|---|---|---|
| BP5552D | $19.95 | Collision Damage Waiver | $11.00 |

## Return

**Mileage Rate:** $0.79

**Return Date/Time:** 6/3/2017 1:55 PM

**Days/Hours used:** 3 Hours 37 Minutes

**Total miles used:** 23

**Add'l miles used:** 3

**Rental City/State:** NORTH MIAMI, FL

**Return location:** 787063

**Return odometer:** 284.0

**Return fuel level:** 3/8

| Equipment |
|---|
| BP5552D |

## Payment Information

| Payment date | Payment location | Method of payment | Authorized amount | Payment amount |
|---|---|---|---|---|
| 6/3/2017 | 787063 | Visa 403160AAAPRCMVC8860 | $0.00 | $80.00 |

| Payment date | Payment location | Method of payment | Authorized amount | Payment amount |
|---|---|---|---|---|
| 6/3/2017 | 787063 | Visa 403160AAAPRCMVC8860 | ($27.14) | $-27.14 |

## Meaningful Assurance

### Drivers license

· Expires: 0124

· Number: u120736670110

### Credit Card

· Number: XXXX-XXXX-XXXX-8860

· Expires: 0320

There are no notes for this contract.

There are no roadside assistance files for this contract.

There is no history for this contract

# Equipment Rental Contract #91453386

## Customer Information

**Name:** RODNEY UPSHAW

**Address:**

1001 NW 54 STREET APT 201

MIAMI, FL 33127

**Primary phone:** (786) 447-1834

**Email:**

**License:** FL - u120736670110

**Birth date:** 1/11/1967

## Entity Information

**Entity:** 788058

U-HAUL MOVING & STORAGE OF

MIAMI GARDENS

**Address:**

18400 NW 27TH AVE

MIAMI GARDENS, FL 33056

**Phone:** (305) 624-9344

## Rental Information

**Transaction:** InTown

**Status:** Receive

**Create Date:** 8/15/2017 9:01 AM

**Created by:** 788058

## Dispatch

**Mileage Rate:** $0.69

**Dispatch Date/Time:** 8/15/2017 11:57:52 AM

**Due Date/Time:** 8/22/2017 12:00:00 PM

**Contract period:** 7 Days 3 Minutes

**Rental city/state:** MIAMI GARDENS, FL

**Dispatch Location:** 788058

**Pickup odometer:** 21,016.0

**Pickup fuel level:** 11/16

| Equipment | Rate | Coverage | Insurance Rate |
|---|---|---|---|
| BE6657F | $19.95 | Collision Damage Waiver | $11.00 |

## Return

**Mileage Rate:** $0.69

**Return Date/Time:** 8/22/2017 12:11 PM

**Days/Hours used:** 7 Days 13 Minutes

**Total miles used:** 536

**Add'l miles used:** 0

**Rental City/State:** MIAMI GARDENS, FL

**Return location:** 788058

**Return odometer:** 21,552.0

**Return fuel level:** 3/4

| Equipment |
|---|
| BE6657F |

## Payment Information

| Payment date | Payment location | Method of payment | Authorized amount | Payment amount |
|---|---|---|---|---|
| 8/15/2017 | 788058 | Visa 403160AAAPRCMVC8860 | $0.00 | $140.66 |

| Payment date | Payment location | Method of payment | Authorized amount | Payment amount |
|---|---|---|---|---|
| 8/22/2017 | 788058 | Visa 403160AAAPRCMVC8860 | $294.79 | $294.79 |

**Meaningful Assurance**

**Other**

- (Not Verified)
- (Not Verified)
- Company name: Previous Contract
- Number: 86492844

| Date | Note | Location | Entered by |
|---|---|---|---|
| 8/21/2017 12:36:56 PM | cust asked for another day aware of all fees | 788058 | Lynnette Finnie |

There are no roadside assistance files for this contract.

There is no history for this contract

# Equipment Rental Contract #94846598

| Customer Information | Entity Information | Rental Information |
|---|---|---|
| **Name:** rodney upshaw | **Entity:** 787067 | **Transaction:** InTown |
| **Address:** | U-HAUL MOVING & STORAGE OF | **Status:** Receive |
| 1001 NW 54TH ST APT 201 | DADE COUNTY | **Create Date:** 9/13/2018 1:13 PM |
| MIAMI, FL 33127 | **Address:** | **Created by:** 787067 |
| **Primary phone:** (786) 447-1834 | 5341 NW 7TH AVE | |
| **Email:** | MIAMI, FL 33127 | |
| **License:** FL - u120736670110 | **Phone:** (305) 795-1170 | |
| **Birth date:** 1/11/1967 | | |

## Dispatch

| | Equipment | Rate | Coverage | Insurance Rate |
|---|---|---|---|---|
| **Mileage Rate:** $0.69 | | | | |
| **Dispatch Date/Time:** 9/13/2018 4:13:25 PM | | | | |
| **Due Date/Time:** 9/13/2018 10:15:00 PM | BE1287K | $19.95 | Collision Damage Waiver | $11.00 |
| **Contract period:** 6 Hours 3 Minutes | | | | |
| **Rental city/state:** MIAMI, FL | | | | |
| **Dispatch Location:** 787067 | | | | |

**Pickup odometer:** 2,996.0
**Pickup fuel level:** 3/8

## Return

| | Equipment |
|---|---|
| **Mileage Rate:** $0.69 | |
| **Return Date/Time:** 9/13/2018 10:15 PM | BE1287K |
| **Days/Hours used:** 6 Hours 1 Minutes | |
| **Total miles used:** 17 | |
| **Add'l miles used:** 0 | |
| **Rental City/State:** MIAMI, FL | |
| **Return location:** 787067 | |

**Return odometer:** 3,013.0
**Return fuel level:** 1/4

## Payment Information

| Payment date | Payment location | Method of payment | Authorized amount | Payment amount |
|---|---|---|---|---|
| 9/13/2018 | 787067 | AmericanExpress 371295AAASDDMOW1014 | $48.19 | $0.0 |

| Payment date | Payment location | Method of payment | Authorized amount | Payment amount |
|---|---|---|---|---|
| 9/14/2018 | 787067 | AmericanExpress 371295AAASDDMOW1014 | $10.53 | $10.53 |
| 9/14/2018 | 787067 | AmericanExpress 371295AAASDDMOW1014 | $48.19 | $48.19 |

## Meaningful Assurance

**Drivers license**

- Number: u120736670110
- IsLocal: 1
- Expires: 0124

**previouscontract**

- Number: 91453386

There are no notes for this contract.

There are no roadside assistance files for this contract.

There is no history for this contract

**-In-Town Rental (OUT)** - Saturday, 12/5/2020 10:49 AM **Contract No.:** 84676761 **Equip.:** - BE 4321X
**ROADSIDE ASSISTANCE:** visit uhaul.com/help
**Dispatched From:** 034771 - Safe-Protection:(YES)

| Customer: | | Renting Location: |
|---|---|---|
| UPSHAW RODNEY | 7864911827 | JCVI Corporation - (034771) |
| 1001 NW 54 TH ST | 7869917237 | 2020 NW 22nd St |
| MIAMI, FL 33127 | DL: xxxxxxxxx0110, FL, | MIAMI , FL 33142 (305)635-0186 |
| | 0124 | |

### Terms & Conditions

**Rental Out Date/Time:** 12/5/2020 10:49 AM  **Rental Due Date/Time:** 12/6/2020 10:30 AM

If you return after store hours please verify your equipment return on your mobile device by going to uhaul.com/share. Or you can choose to have a U-Haul Representative verify it for you the next business day. There is a $20.00 convenience fee for this option.

- Failure to return the equipment by the Rental Due time may result in additional charges.

| Equipment | MI Out | MI Rate | MI Charge | Coverage | Rental Rate | Rental Charge | Estimated Charges |
|---|---|---|---|---|---|---|---|
| BE 4321X | 7564.0 | $0.79 X 50.0 | $39.50 | CDW $20.00 | $19.95 | $19.95 | $79.45 |
| AJ79460 AZ | | | | | | | |

FUEL TANK CAPACITY: 31 GALLONS

| | Estimated Environmental Fee: | $1.00 |
|---|---|---|
| | Estimated Subtotal: | $80.45 |
| | Estimated Rental Tax: | $4.24 |
| | Estimated Charges Paid: | $0.00 |
| | Estimated Total Charges: | $84.69 |

| E | 1/8 | 1/4 | 3/8 | 1/2 | 5/8 | 3/4 | 7/8 | F |
|---|---|---|---|---|---|---|---|---|
| 20.2 | 19.0 18.3 | 16.7 15.5 | 13.8 | 12.2 10.4 | 9.4 8.6 | 7.2 5.3 | 4.0 3.0 | 2.0 1.0 |

**Estimated gallons needed to return to agreed to level of Full**

| Card Type: | Account: | Type: | Ref No: | Approved: |
|---|---|---|---|---|
| MasterCard | XXXXXXXXXXXXXXXX7554 (S) | PREAUTH | 034014516207 | 124097 |

The bank has placed a HOLD for $84.69 on your account. This hold may appear on your statement. U-Haul will not charge/credit your card until you return the equipment and your rental charges are calculated. If the actual rental charges exceed the held amount, or if your rental is extended, U-Haul may charge the original amount and authorize a second hold for the estimated balance.

**Net Paid Today:**   $0.00



A0386-C

**GOVERNMENT EXHIBIT**

CASE NO.   23-20431-CR-RKA

EXHIBIT NO.   18A

| -In-Town Rental (OUT) - Saturday, 12/5/2020 10:49 AM Contract No.: 84676761 Equip.: - BE 4321X<br>ROADSIDE ASSISTANCE: visit uhaul.com/help<br>Dispatched From: 034771 - Safe-Protection:(YES) | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ |
|---|---|

| Contract No.: 84676761 | JCVI Corporation | 2020 NW 22nd St | (305)635-0186 |
| Saturday 12/5/2020 10:49 AM | (034771) | MIAMI , FL. 33142 | |

## Terms & Conditions

- I agree to verify my truck's fuel level is Full before leaving the premises. I will return the vehicle with the same amount of fuel as when dispatched and/or agree to pay a $3.50 per gallon convenience fee for the estimated fuel I do not replace. If returned with less than a 1/4 tank, I agree to also pay a $30.00 service fee. U-Haul does not reimburse if this truck is returned with more fuel than what is printed on the receipt gauge. U-Haul pays for oil (save receipts).
- I understand that I am financially responsible for the $150.00 deductible due to accident damage caused to BE 4321X.
- Failure to return rental property or equipment upon expiration of the rental period and failure to pay all amounts due, (including costs for damage to the property or equipment) are prima facia evidence of intent to defraud, punishable in accordance with section 812.155, Florida statutes.
- U-Haul provides the Customer with minimum limits of protection required by that state or province where arises any claim, suit or cause of action. The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary of the limits of liability and personal injury protection coverage required by ss. 324.021(7) and 627.736, Florida Statutes.
- I understand that this equipment must be returned to the same U-Haul location where it was rented. I understand that the minimum rental charge for equipment returned to a different location is twice the amount of the current One Way rate from this U-Haul location to the actual drop-off location.
- I understand that the equipment rented is water resistant and not water proof.
- I acknowledge that I have received the appropriate User Instructions and acknowledge my responsibility to fully read and understand these User Instructions before operating the equipment.
- I understand that I will receive an email link to review the rental process and the U-Haul Store employees to feedback to U-Haul any compliments, concerns or requests that I have about my rental.
- I understand that I can also contact U-Haul Customer Service at uhaul.com/contact/email.aspx
- I understand that I am financially responsible for all damages to equipment.
- I agree to submit all legal claims in accordance with the U-Haul Arbitration Agreement, incorporated by reference, and available at uhaul.com/arbitration or from my local U-Haul representative.
- Watch for overhead objects and lock-up the cargo box. I understand that a collision with an overhead object and theft of my cargo are just two specific exclusions not covered by Collision Damage Waiver (CDW), Safemove, or Safetow protection.
- I agree that distracted driving is dangerous and that driving while distracted is likely to lead to an accident/crash causing serious injury or death. I agree not to use a hand held mobile phone (other than for an emergency call) and not to text while driving any U-Haul truck or towing any U-Haul Trailer, Tow Dolly or Auto Transport. My agreement not to do so is material to U-Haul's decision to enter into this Agreement. My failure to comply is material breach of this Agreement.
- The following shall be admissible as evidence of negligence and breach of contract in any lawsuit or arbitration: 1) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport was texting while driving; 2) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport, was using any mobile phone (other than hands free or for an emergency call) while driving.
- I acknowledge that I have received and agree to the terms and conditions of this Rental Contract and the Rental Contract Addendum.
- **Pickup and Van Best Rate Guarantee:** At the end of your rental we will calculate the best deal for you. Be it our most popular ($19.95 plus mileage rate) or (a combination of the daily, weekly and monthly rental rates with included mileage).

X_____

Customer Signature - (UPSHAW RODNEY)

For hotel discounts, please visit www.uhaul.com/discounts

Maria Mederos

U-Haul Signature - (Maria Mederos)

Questions or need help? Call me.

_____ (305)635-0186

69461162(H)
Point of Sale



GOVERNMENT
EXHIBIT

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   19

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Federal Grand Jury No. #19-02 (MIA) UM 024

Grand Jury Proceedings

### WAIVER OF APPEARANCE
### AND DOCUMENT RECEIPT

I, *Lissette Sow*, Custodian of Records of **Enterprise Holdings, Inc.**, have custody and control of the documents listed in paragraph 2, below. I have requested **FBI S/A Carlos Gibert**, to take custody of these documents and present them to the grand jury in lieu of actual appearance by myself before the grand jury.   I understand that this is voluntary on my part and I have an absolute right to appear before the grand jury with expenses paid as provided by U.S. Statutes.

2.       The documents submitted are as follows:

<u>Serial No.</u>                                    <u>Description</u>

*Rental Agreement*                       *Rental Agreement*
*IYBZV9*

(use continuation sheet if necessary)

Signature of Person Submitting Documents   *Lissette Sow*

Signature of Person Receiving Documents   _____

3.       The preceding documents were presented to the grand jury on
_____, 20____

FOREPERSON OF THE GRAND JURY



**Rental Agreement Summary**
RA#: 1YBZV9
Renter: JANICE TURNER
Billing Cycle: 24-HOUR

 **Dates & Times**      **Location**

**Pick up**

Thursday, December 3, 2020 4:37 PM | 1109 BRICKELL AVE
Start Charges: | MIAMI, FL 33131-3101
Thursday, December 3, 2020 4:37 PM | (305) 507-0257

**Anticipated Return**

Monday, December 7, 2020 1:30 PM | 1109 BRICKELL AVE
| MIAMI, FL 33131-3101
| (305) 507-0257

**Vehicle**

2021 TOYO RAV4 XLE2 BLACK | License: FL EVLJ89

VIN: 2T3W1RFV6MC100153 | Vehicle: 7V825V

Pickup: | ODO:83   Fuel:1/2
12/03/2020 @ 4:37 PM

**Vehicle Condition:**

No Damage Documented

**$ Summary of Charges**

**$ Estimated Renter Charges**

| Charges | Price/Unit | Total |
|---|---|---|
| TIME & DISTANCE 12/3/20-12/7/20 | $51.13 / Day | $204.52 |
| NO CHARGE DISTANCE 12/3/20-12/7/20 | $0.00 / Mile | $0.00 |
| DAILY RATE: | $51.13 / Day | |
| HOURLY RATE: | $17.04 / Hour | |
| REFUELING CHARGE | $3.81 / Gallons | $0.00 |

**Optional Protections Accepted**

| DAMAGE WAIVER 12/3/20-12/7/20 | $24.99 / Day | $99.96 |

**Optional Protections Declined**

| SUPPLEMENTAL LIABILITY PROTECTION 2 | @ $17.95 / Day | $0.00 |
| RAP | @ $5.99 / Day | $0.00 |
| PAI/PEC | @ $6.30 / Day | $0.00 |

**Renter Acknowledgement of Accepted and Declined Protections**

I acknowledge that I have accepted or declined protections as indicated above.



**Taxes and Fees**

| SC REC - FL SURCHG RECOV | $2.00 / Day | $8.00 |
|---|---|---|
| VEHICLE LICENSE FEE RECOVERY | $0.85 / Day | $3.40 |
| FL WASTE TIRE & BATTERY FEE | $0.02 / Day | $0.08 |
| SALES TAX (7%) | 7% | $15.12 |
| **Total Estimated Charge:** | | **$331.08** |

**Payments:**

| VISA ******0151 | Sale | ($531.08) |

**Renter Acknowledgement of Charges**

I acknowledge that I have reviewed and agree to all Estimated Renter Charges and fees listed on Summary of Charges and further agree to pay for final charges in accordance with the Terms and Conditions of this Rental Agreement.



**Owner: ENTERPRISE LEASING COMPANY OF FLORIDA, LLC**

**Additional Drivers**

No Additional Drivers are authorized to drive the vehicle with the exception of the drivers listed below.
*(Additional driver names listed here if applicable)*

Please keep this Rental Agreement Summary with you in the vehicle during the rental.

 **Local Addenda**

**Optional Products Notice:** We offer for an additional charge the following optional products: Damage Waiver, Loss Damage Waiver, Collision Damage Waiver; Personal Accident Insurance/Personal Effects Coverage; Supplemental Liability Protection and Roadside Assistance Protection or Roadside Service Protection. Before deciding to purchase any of these products, you may wish to determine whether your personal insurance, credit card or other coverage provides you protection during the rental period. The purchase of any of these products is not required to rent vehicle.

*SC REC is the Florida state rental car surcharge. See Payment by Renter paragraph in the Additional Terms and Conditions.

*VLF REC is the Vehicle License Fee Recovery. See Payment by Renter paragraph in the Additional Terms and Conditions.

The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by Florida statute section 324.021(7) and Florida statute section 627.736.

Failure to return rental property or equipment upon expiration of the rental period and failure to pay all amounts due (including costs for damage to the property or equipment) are evidence of abandonment or refusal to redeliver the property, punishable in accordance with section 812.155 and/or section 817.52 of the Florida statutes.

By signing below, Renter agrees to Owner's collection of information about Renter's use of Vehicle and Texting & Calling terms. See paragraphs with the headings Text & Call and Owner's Collection and Use of Vehicle Data: Renter's Use of Vehicles Navigation and Infotainment Systems and Vehicle Manufacturer Apps in the Terms and Conditions.



**1YBZV9**

Terms and Conditions electronically accepted by the Renter
12/3/20 at 4:39 PM

RENTER ACKNOWLEDGEMENT OF LOCAL ADDENDUM



TERMS AND CONDITIONS

Click to view Terms and Conditions

FORM# 073541424355FL-JK_UC20

RENTER ACKNOWLEDGEMENT OF THE ENTIRE AGREEMENT

I, THE "RENTER" SIGNING BELOW, HAVE READ AND AGREE TO THE TERMS AND CONDITIONS IN THE RENTAL AGREEMENT JACKET. BY SIGNING BELOW, I AM AUTHORIZING OWNER TO CHARGE TO THE CREDIT CARD(S) AND/OR DEBIT CARD(S) THAT I HAVE PROVIDED TO OWNER ALL AMOUNTS OWED BY ME UNDER THIS AGREEMENT FOR ADVANCE DEPOSITS, INCREMENTAL AUTHORIZATIONS/DEPOSITS, AND ANY OTHER AMOUNTS OWED BY ME, AS WELL AS PAYMENTS REFUSED BY A THIRD PARTY TO WHOM BILLING WAS DIRECTED. I ALSO AUTHORIZE OWNER TO RE-INITIATE ANY CHARGE TO MY CARD(S) THAT IS DISHONORED FOR ANY REASON. I CERTIFY THAT THE DRIVERS LICENSE(S) PRESENTED IS CURRENTLY VALID AND IS NOT SUSPENDED, EXPIRED, REVOKED, CANCELLED OR SURRENDERED. I FURTHER ACKNOWLEDGE AND CONSENT TO THE DISPUTE RESOLUTION PROVISIONS CONTAINED IN THIS AGREEMENT.

**FGJ 19-02 (MIA) UM 024**

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evid. 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records"), which are the subject of this certification are identified as [**print or type description in space below**]:

3. The records are originals or duplicate copies of domestic (United States) business records.

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

5. The records were kept in the course of a regularly conducted business activity.

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

_Linette Dow_
Signature of Declarant

_Lissette Dow_
Printed Name

_Enterprise Holdings_
Company Name

_3900 NW 25th St #400 Miami, Fl. 33142_
Business Address

_3/29/2021_
Date of Execution

GOVERNMENT
EXHIBIT

CASE
NO. 23-20431-CR-RKA

EXHIBIT
NO. 20

# Black Jack Kar Rental

5855 NW 27th Ave, Miami, Fl 33142 / www.blackjackkar.com

305.835.0080 - 305.300.8266

## RENTAL INVOICE

PICK-UP / 2-3 20

DROP OFF _____ 20

DATE: 12-3 2020    NAME: NeKia Ross

ADDRESS: 8002 N.W. 12th covet · miami, FL 33147

TELEPHONE: 305 8789172    DAYS 3  FROM: 3  TO: 6

TELEPHONE: _____    MAKE: Chey    MODEL: EsQuinox

GAS: | EMPTY 1/4 | 1/2 | 3/4 | FULL | TAG# DUQ108 |

TIME OF PICK-UP: 5.0M    TIME OF DELIVERY: 5.15

INSURANCE CO: _____    POLICY # _____

PIP & LIABILITY    FULL COVER _____

SUNPASS: yes   GPS: no   CAR SEAT yes   MILES: 10 071

PRICE PER DAY: $ 45.00

***IMPORTANT INSURANCE NOTICE***  LOCAL
FLORIDA STATUES 627,7263 "RENTAL AND LEASING
DRIVER'S INSURANCE TO BE PRIMARY; EXCEPTION: THE
VALID AND COLLECTIBLE LIABILITY INSURANCE OR
PERSONAL INJURY PROTECTION INSURANCE
PROVIDING COVERAGE FOR LESSOR OF MOTOR
VEHICLE FOR RENT OR LEASE SHALL BE PRIMARY
UNLESS OTHERWISE STATED *IN BOLD TYPE ON THE
FACE OF THE RENTAL OR LEASE AGREEMENT. SUCH
INSURANCE SHALL BE PRIMARY FOR LIMITS OF
LIABILITY AND PERSONAL INJURY PROTECTION
COVERAGE AS REQUIRED BY 6324,021(7) AND 627,736*
YOU ARE HEREBY NOTIFIED THAT BY SIGNING THIS
CONTRACT BELLOW YOU AGREE THAT YOUR OWN
LIABILITY AND PERSONAL INJURY PROTECTION
INSURANCE IF ANY, WILL PROVIDE PRIMARY COVERAGE
UP TO ITS FULL POLICY LIMITS, I HAVE READ THE TERMS
AND CONDITIONS OF THIS CONTRACT AND AGREE TO
THEM.

_Nekia Ross_ (Customer Signature)

SUNPASS CHARG $ 10.00

CHILD CAR SEAT $ no

ROAD SURCHARGE $ 10.00

GPS PRICE $ no    ($3.00 DAILY)

PRICE $ 135.00

SUB-TOTA $ _____

TAX $ 11.00   (7%)

TOTAL $ 244.00

NOTE: Credi Card

DEPOSIT HAS TO BE WITH A CREDITCARD

IF CUSTOMER DOES NOT HAVE A CREDIT CARD

CUSTOMER HAS TO GIVE A $500.00 DEPOSIT CASH

no CREDIT CARD   yes CASH ($500.00)

**** ALERT ******
WE OFFER 1,000 MILES FREE OF CHARGE. ANY MILES OVER 1,000 WILL BE A CHARGE OF $.20 PER MILE. THE GPS HAS A
DAILY COST OF $3.00. THE RENTAL VEHICLES ARE NON-SMOKING CARS. IF THERE IS SMOKING INSIDE THE RENTAL
VEHICLE THERE WILL BE A $50.00 CHARGE. IF THE VEHICLE IS NOT RETURNED ON IT'S DUE DATE, THERE WILL BE A $20.00
+ ADDITONAL DAY OF RENTAL CHARGE DUE WHEN VEHICLE IS RETURNED.  ANY "TOLL" OR " REDIGHT CAMERA" TICKETS
OR VIOLATIONS WILL BE FORWARDED TO THE FLORIDA DEPT. OF TRANSPORTAION WITH  THE RENTERS DRIVERS LICENSE
NUMBER AND INFORMATION. ALL CREDIT CARDS WILL HAVE 3% FEE CHARGE. RENTED VEHICLE CAN ONLY BE DRIVEN BY
THE NAME ON THE AGREEMENT. RENTER IS THE ONLY DRIVER ALLOWED TO DRIVE VEHICLE RENTED. THERE WILL BE A
$50.00 FOR CLEANING PET HAIR OUT OF THE VEHICLE..

CUSTOMER SIGNATURE : _Nekia Ross_    DATE: 12-3 2020



# IDENTIFICATION CARDS

Please cut on dotted lines and fold on solid lines

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**
*UNITED AUTOMOBILE INSURANCE COMPANY*
A STOCK COMPANY (NAIC CODE - 35319)

Policy Number/Florida Code No.:  
UAD 061405603 / 01985

Effective Date:  
08/11/2019

**Misrepresentation of insurance is a first degree misdemeanor.**

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY

[ ] BODILY INJURY LIABILITY

Named Insured:   NEKIA LATRICE ROSS

| **Year** | **Make** | **Model** | **VIN** |
|---|---|---|---|
| 2014 | NSSN | ALTIMA | 1N4AL3AP6EC153891 |

**NOT VALID AFTER**   08/10/2020

### IMPORTANT NOTICE

It is important that the ID Card(s) provided be carried by you (and household operators) at all times. Information contained on the ID Card will be needed in connection with vehicle registration and accident involvement. At such times such evidence of insurance will be subject to verification as to whether or not the insurance required by law has been maintained.

Two Identification Cards are provided herewith. Should you require additional cards for other drivers insured under our policy, please advise us and we will be happy to send them to you.

   **BUCKLE UP**

**IN CASE OF ACCIDENT PLEASE CALL 1-800-344-2150**
SEAT BELTS SAVE LIVES • WE CARE
COLLISION COVERAGE DOES NOT EXTEND TO RENTAL VEHICLES

---

Please cut on dotted lines and fold on solid lines

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**
*UNITED AUTOMOBILE INSURANCE COMPANY*
A STOCK COMPANY (NAIC CODE - 35319)

Policy Number/Florida Code No.:  
UAD 061405603 / 01985

Effective Date:  
08/11/2019

**Misrepresentation of insurance is a first degree misdemeanor.**

[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY

[ ] BODILY INJURY LIABILITY

Named Insured:   NEKIA LATRICE ROSS

| **Year** | **Make** | **Model** | **VIN** |
|---|---|---|---|
| 2014 | NSSN | ALTIMA | 1N4AL3AP6EC153891 |

**NOT VALID AFTER**   08/10/2020

### IMPORTANT NOTICE

It is important that the ID Card(s) provided be carried by you (and household operators) at all times. Information contained on the ID Card will be needed in connection with vehicle registration and accident involvement. At such times such evidence of insurance will be subject to verification as to whether or not the insurance required by law has been maintained.

Two Identification Cards are provided herewith. Should you require additional cards for other drivers insured under our policy, please advise us and we will be happy to send them to you.

**BUCKLE UP**

**IN CASE OF ACCIDENT PLEASE CALL 1-800-344-2150**
SEAT BELTS SAVE LIVES • WE CARE
COLLISION COVERAGE DOES NOT EXTEND TO RENTAL VEHICLES







Cirrus. CU24 STAR

AUTHORIZED SIGNATURE - NOT VALID UNLESS SIGNED

944

This card is the property of Dade County Federal C.U. and is surrender may be required at any time. The use of this card constitutes agreement to the terms and conditions imposed by the issuer. Report lost or stolen cards immediately to Dade County Federal C.U. 1500 N.W. 107 Ave. Miami, FL 33172   305-471-5080   1-800-290-7147.

284087T

V01828 11/16 Flexiv

2018 Chev Equinox (White)
VIn#2GNAXREV4J6226700
Tag# 96AHKD
SunPass: 048492050110

IMEI:354658090181196

LABEL SIDE DOWN

FCC ID: 2AHRH-FJ1000LMA

LTE Cat.M1

Made In China